**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

```
FILED: AUGUST 22, 2008
08CV4811
JUDGE ST. EVE
MAGISTRATE JUDGE NOLAN
BR
```

**GUY R. MARTINO,**

**Plaintiff,**

v.

**MCI COMMUNICATIONS SERVICES,**
**INC., d/b/a VERIZON BUSINESS**
**SERVICES, a Delaware corporation,**

**Defendant.**

Case No. _____

Judge: _____

## NOTICE OF REMOVAL

Defendant Verizon Business Network Services, Inc. ("Verizon Business"), improperly named in Plaintiff's Complaint as MCI Communications Services, Inc. d/b/a Verizon Business Services, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby removes to this Court the lawsuit captioned *Guy R. Martino v. MCI Communications Services, Inc. d/b/a Verizon Business Services*, Case No. 2008-L-006079 (Circuit Court of Cook County, Illinois, County Department, Law Division)(the "State Court Lawsuit"). In support of removal, Verizon Business states as follows:

1.     On June 6, 2008, Plaintiff Guy R. Martino filed the State Court Lawsuit against Verizon Business.

2.     After agreeing to accept service of process on behalf of Verizon Business, Verizon Business's counsel received a copy of the summons and the Complaint in the State Court Lawsuit by mail on July 28, 2008. (Exhibit A)

3.     The Complaint alleges that Plaintiff was employed by Verizon Business as a Senior Business Consultant between February 5, 2005 and July 30, 2006. (Comp. ¶¶ 3-5). It

contains four counts, each of which seeks recovery of allegedly unpaid commissions.  (Comp. ¶¶ 8, 18, 20, 29). The first is a claim for breach of contract, which alleges that Verizon Business failed to pay Plaintiff commissions due him under the 2006 Verizon Business Specialized Services Hosting Solutions Business Solutions Consultant Compensation Plan.  (Comp. ¶¶ 6-10).  The second count seeks the same unpaid commissions pursuant to the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq*.  (Comp. ¶¶ 11-18).  The third count is an equitable claim for promissory estoppel, which alleges that Verizon Business promised Plaintiff that his commissions in 2006 would not be subject to a 200% commissions cap and, consequently, Verizon Business should be estopped from asserting such a cap as a defense. (Comp. ¶¶ 20-25).  Finally, count four is a claim for quantum meruit/unjust enrichment, which alleges that Verizon Business's retention of a non-gratuitous benefit provided by Plaintiff is unjust. (Comp. ¶¶ 26-31).  Plaintiff demands a sum of at least $106,278.53 as damages on each of Counts 1 and 2.  (Comp. at ¶¶ 10, 18).  He demands the sum of $208,445.11 plus pre-judgment interest as damages on each of Counts 3 and 4. (Comp. at 5, 6).

4.      Defendant removes the State Court Lawsuit based on diversity of citizenship pursuant to 28 U.S.C. §§ 1132 and 1441.  This Notice of Removal is timely and proper pursuant to the provisions of 28 U.S.C. § 1446.

## II.      Diversity Jurisdiction Exists In This Case

5.      Removal is appropriate in this case on diversity grounds because this is a civil action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.  *See* 28 U.S.C. §§ 1332(a), 1441(b).

### A.      This Is A Civil Action Between Citizens Of Different States

6.      Defendant Verizon Business is incorporated under the laws of the state of Delaware.  (Comp. ¶ 2).  It has its principal place of business in Ashburn, Virginia.

7.      At the time this action was filed, Plaintiff was, and continues to be, a citizen of the State of Illinois.  (Comp. ¶ 1).

**B.      The Matter In Controversy Exceeds The Sum Or Value Of $75,000**

8.      Plaintiff demands a sum of at least $106,278.53 as damages on each of Counts 1 and 2 and the sum of $208,445.11 as damages on each of Counts 3 and 4.  (Comp. at p. 2-6). Thus, the matter in controversy in the State Court Lawsuit exceeds the sum or value of $75,000, exclusive of interest or costs.  *See* 28 U.S.C. § 1332(a).

9.      Verizon Business is entitled to rely on the monetary demands stated in Plaintiff's complaint to meet the jurisdictional requirements of 28 U.S.C. § 1332(a).  *See Shaw v. Dow Brands, Inc*., 994 F.2d 364, 366 (7th Cir. 1993).

**III.    Compliance With 28 U.S.C. § 1446**

10.     The State Court Lawsuit was commenced within the judicial district of the United States District Court for the Northern District of Illinois.

11.     All pleadings in the State Court Lawsuit received by Verizon Business are attached to this Notice of Removal as Exhibit B, in compliance with 28 U.S.C. § 1446(a).

12.     This Notice of Removal is being filed with this Court within 30 days after Verizon Business's receipt of the summons and complaint in the State Court Lawsuit, in compliance with 28 U.S.C. § 1446(b).  *See Murphy Bros. v. Michetti Pipe Stringing, Inc*., 526 U.S. 344, 354, 119 S.Ct. 1322, 1328 (1999).

13.     Concurrently with the filing of this Notice of Removal, Verizon Business is giving written notice of the filing of this Notice of Removal to all parties of record and is filing a

copy of the Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois, as required by 28 U.S.C. § 1446(d).

Dated: August 22, 2008                              Respectfully submitted,

                                                    /s/ Jonathan M. Linas
                                                    Michael J. Gray (IL No. 06210880)
                                                    Jonathan M. Linas (IL No. 6290055)
                                                    JONES DAY
                                                    77 West Wacker, Suite 3500
                                                    Chicago, IL  60601-1692
                                                    Telephone: (312) 782-3939
                                                    Facsimile: (312) 782-8585
                                                    mjgray@jonesday.com
                                                    jlinas@jonesday.com

                                                    Attorneys for Defendant Verizon Business
                                                    Network Services, Inc.


## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I served the foregoing NOTICE OF REMOVAL by e-mail and U.S. Mail on the following counsel of record for Plaintiff:

Eugene K. Hollander
The Law Offices of Eugene K. Hollander
33 North Dearborn, Suite 2300
Chicago, Illinois 60602
ehollander@ekhlaw.com


                                                    /s/ Jonathan M. Linas
                                                    Attorney for Defendant
                                                    Verizon Business Network Services, Inc.

```
08CV4811
JUDGE ST. EVE
MAGISTRATE JUDGE NOLAN
BR
```

# **<u>Exhibit A</u>**



THE LAW OFFICES OF

# EUGENE K. HOLLANDER

EUGENE K. HOLLANDER
_____

PAUL W. RYAN

July 24, 2008

Mr. Michael J. Gray
Mr. Jonathan Linas
Jones Day
77 W. Wacker Drive
Chicago, IL 60601

       **RE:**  **Martino v. MCI Communications/Verizon**

Dear Counsel,

      Per my conversation with Jon, we filed the Complaint in state court in early June, but the Sheriff could not effectuate service. I am enclosing a copy of the Complaint and Summons. Would you kindly file an Appearance and responsive pleading at your earliest convenience?

      Sincerely,

Eugene K. Hollander

Enclosures

33 NORTH DEARBORN • SUITE 2300       PHONE (312) 425-9100       E-mail: EHollander@ekhlaw.com
CHICAGO, ILLINOIS 60602       FAX (312) 899-8003       PRyan@ekhlaw.com
       www.ekhlaw.com

08CV4811
JUDGE ST. EVE
MAGISTRATE JUDGE NOLAN
BR

# **Exhibit B**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| GUY R. MARTINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| v. | ) | |
| | ) | |
| MCI COMMUNICATIONS SERVICES, INC., | ) | |
| d/b/a VERIZON BUSINESS SERVICES | ) | |
| A Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### COMPLAINT AT LAW

NOW COMES the Plaintiff, GUY R. MARTINO, ("MARTINO") by and through his attorneys, The Law Offices of Eugene K. Hollander, and for his Complaint at Law, states as follows:

### PARTIES

1.    MARTINO is a citizen of the United States and the State of Illinois. He currently resides in West Chicago, Illinois.

2.    Defendant MCI Communications Services Inc. is a Delaware corporation engaged in the business of telecommunications services and operates under an assumed name of Verizon Business Services, (herein, "MCI"). Defendant maintains one or more offices in Chicago, Cook County, Illinois.

### BACKGROUND FACTS

3.    MARTINO was hired by MCI on February 5, 2005 as a Senior Business Consultant.

4.    Throughout his employment with MCI, MARTINO performed to the company's legitimate expectations.

5.      On or about July 30, 2006 MARTINO's employment by MCI was terminated.

## COUNT I – BREACH OF CONTRACT

6.      Plaintiff repeats and realleges Paragraphs 1 through 5 and incorporates them by reference herein.

7.      MARTINO and MCI agreed at the outset of his employment that in addition to his base salary, that MARTINO would be paid certain commissions for his work in generating non-CPE sales as well as for CPE sales as defined by a compensation plan. The most recent plan governing compensation to be paid to MARTINO was the 2006 Verizon Business Specialized Services Hosting Solutions Business Solutions Consultant Compensation Plan, ("the Plan"). A copy of the Plan is attached hereto as **Exhibit 1**.

8.      As of this date, MCI has breached said contract and Plan by failing to pay MARTINO all of said commissions in the sum of at least $106,278.53.

9.      MARTINO made a written demand on October 9, 2006 for his commissions, **Exhibit 2**, and counsel for MARTINO made a similar written demand on December 18, 2006. **Exhibit 3**.

10.      MARTINO has been damaged in the sum of at least $106,278.53. Plaintiff is also entitled to prejudgment interest as this sum is liquidated.

**WHEREFORE**, Plaintiff GUY R. MARTINO respectfully prays that this Honorable Court enter a judgment in favor of Plaintiff and against Defendant MCI Communications Services Inc. in the sum of $106,278.53 along with prejudgment interest and all costs of this action.

2

## COUNT II – ILLINOIS WAGE PAYMENT AND COLLECTION ACT

11.      Plaintiff repeats and realleges Paragraphs 1 through 5 and incorporates them by reference herein.

12.      MARTINO and MCI agreed at the outset of his employment that in addition to his base salary, that MARTINO would be paid certain commissions for his work in generating non-CPE sales as well as for CPE sales as defined by a compensation plan.  The most recent plan governing compensation to be paid to MARTINO was the 2006 Verizon Business Specialized Services Hosting Solutions Business Solutions Consultant Compensation Plan, ("the Plan").

13.      During all relevant times, a statute existed, which is known as the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq.* (the "Act"), providing for a private cause of action.

14.      On or before July 30, 2006 MCI was an employer as it is defined in the Act.  820 ILCS 115 § 2.

15.      On or before July 30, 2006, Plaintiff was an employee such that he was an individual permitted to work by an employer in an occupation.  820 ILCS 115 § 2.

16.      MCI willfully refused to pay Plaintiff his commissions due to him pursuant to the terms of his contract and the Plan.

17.      MARTINO made a written demand on October 9, 2006 for his commissions, **Exhibit 2**, and counsel for MARTINO made a similar written demand on December 18, 2006 wages in accordance with 705 ILCS 225/1, (**Exhibit 3**).

18.      MARTINO is owed a minimum amount of commissions in the sum of $106,278.53.

**WHEREFORE**, the Plaintiff, GUY MARTINO, respectfully prays that this Honorable Court enter a judgment in his favor and against the Defendant, MCI Communications Services Inc., for wages in the sum of $106,278.53 as and for wages under the balance of the contract, for punitive damages in an amount equal to 2% of the wages owed for each month during which the underpayments remain owed; and for costs of this action and reasonable attorney's fees.

## COUNT III – PROMISSORY ESTOPPEL

19.     Plaintiff repeats and realleges Paragraphs 1 through 5 and incorporates them by reference herein.

20.     MCI, through its agents, representatives and employees, and specifically, Plaintiff's Supervisor, Robert Gross, ("Gross"), and Paul Jacobi, ("Jacobi"), Vice-President of the Hosting Group, made unambiguous promises to Plaintiff that his commissions for 2006 would not be paid in full and not subjected to any cap.

21.     During all relevant times herein, Gross and Jacobi acted in a management capacity on behalf of MCI.

22.     MARTINO relied upon Gross's, Jacobi's and MCI's unambiguous promises in stating that he would be paid all of his commissions for 2006.

23.     The Plaintiff's reliance upon Gross's, Jacobi's and MCI's unambiguous promises was reasonable and foreseeable.

24.     The Plaintiff suffered detriment in that he continued to sell hosting services on behalf of MCI without being compensated therefor.

25.     Injustice can be avoided only by the enforcement of the promises made by Gross, Jacobi and MCI.

4

**WHEREFORE**, the Plaintiff, GUY MARTINO, respectfully prays that this Honorable Court enter a judgment in his favor and against the Defendant, MCI Communications Services Inc., for wages in the sum of $208,445.11 plus prejudgment interest under Illinois law.

## COUNT IV – QUANTUM MERUIT/UNJUST ENRICHMENT

26.     Plaintiff repeats and realleges Paragraphs 1 through 5 and incorporates them by reference herein.

27.     During his employment, MARTINO procured accounts and sold services to clients of MCI. As part of his work, MARTINO performed many services, including but not limited to bringing MCI and its clients together, conducting negotiations and supplying information.

28.     MARTINO conferred a benefit upon MCI by procuring accounts and selling services to its clients, including BP Amoco, and as a result, MCI received a benefit or profit from those sales both during and after MARTINO's employment.

29.     MARTINO performed those services in a non-gratuitous manner, as he reasonably expected to be compensated and receive commissions for procuring the BP Amoco account among others pursuant to the Plan.

30.     MCI accepted and benefited from these services of MARTINO both during and after MARTINO's employment.

31.     MCI's retention of said benefits and profits from the accounts MARTINO procured, without just compensation or restitution to MARTINO, is inequitable and unjustly enriches MCI at the expense of MARTINO.

32.    No enforceable contract or adequate remedy at law exist to adequately prescribe payment for said services rendered by MARTINO, and MARTINO should be rightfully compensated and paid commissions for the services, benefits and profits that MCI received both during and after his employment.

33.    MARTINO is entitled to commissions from the revenue generated during his employment and after from the accounts, which he procured.

**WHEREFORE**, the Plaintiff, GUY MARTINO, respectfully prays that this Honorable Court enter a judgment in his favor and against the Defendant, MCI Communications Services Inc., for wages in the sum of $208,445.11 plus prejudgment interest under Illinois law.

Respectfully Submitted,
GUY R. MARTINO

One of His Attorneys

Eugene K. Hollander
Paul W. Ryan
**The Law Offices of Eugene K. Hollander**
33 North Dearborn
Suite 2300
Chicago, IL 60602
(312) 425-9100
No. 18264

**<u>AFFIDAVIT</u>**

I, Eugene K. Hollander, being first duly sworn on oath, state:

1.    I am an attorney at the Law Offices of Eugene K. Hollander, 33 N. Dearborn, Suite 2300, Chicago, IL 60602, and I am responsible for preparation and trial of the above-entitled matter.

2.    Pursuant to Supreme Court Rule 222(b), the total money damages to be sought by Plaintiff exceeds FIFTY THOUSAND DOLLARS ($50,000).

Eugene K. Hollander

Subscribed and sworn to
me before this ___ day
of _____, 2008

Notary Public

"OFFICIAL SEAL"
MELISSA M PATINO
NOTARY PUBLIC STATE OF ILLINOIS
COMMISSION EXPIRES 07/17/08



# 2006 Verizon Business Specialized Services Hosting Solutions Business Solutions Consultant
## Compensation Plan

**Confidential**

The information contained in this document is confidential and proprietary in nature. Neither this document nor its contents may be released or otherwise disclosed to non-Verizon Business employees except with the express written consent of the Executive Vice President of Global Sales and Service or as needed by the Law and Public Policy Department.



# 2006 Verizon Business Specialized Services Hosting Solutions Business Solutions Consultant
## Compensation Plan

**Confidential**
The information contained in this document is confidential and proprietary in nature. Neither this document nor its contents may be released or otherwise disclosed to non-Verizon Business employees except with the express written consent of the Executive Vice President of Global Sales and Service or as needed by the Law and Public Policy Department.

**Verizon Business**
**Specialized Services**
**Hosting Solutions**
**Business Solutions Consultant**
**2006 Compensation Plan**

---

## TABLE OF CONTENTS

---

**SECTION**                                                                     **PAGE**

1.  **INTRODUCTION** .................................................................................3

2.  **EARNED COMMISSIONS**.................................................................3

3.  **COMMISSION COMPONENTS** ........................................................3

4.  **TARGET COMMISSION AND ELIGIBLE POSITIONS** .....................4

5.  **SALES COMPONENT** .....................................................................4

    5.1  Payout Factor .............................................................................. 5

    5.2  Commission Calculation ............................................................... 6

    5.3  QTD Sales Commission Calculation Example ............................... 6

6.  **CPE SALES COMPONENT** .............................................................7

    6.1  Incremental Payout Value ............................................................ 8

    6.2  Commission Calculation ............................................................... 9

    6.3  YTD Annual CPE Sales Commission Calculation Example ............ 9

7.  **PLAN ADMINISTRATION**................................................................9

    7.1  200% Performance Review ........................................................... 9

    7.2  Interpretations .............................................................................. 9

    7.3  Disputes ...................................................................................... 10

    7.4  At-Will Employee Status............................................................... 10

8.  **STATEMENT OF ACCEPTANCE** ..................................................11

---

# 1.  Introduction

Verizon Business is the leading provider of advanced communications solutions to business and government. With our advanced global network, deep IP expertise, and broad set of next-generation services, Verizon Business is uniquely positioned to help customers use advanced technology to achieve their business goals.

As a Business Solutions Consultant with Verizon Business, your role in identifying and delivering both the best solution and a superior customer experience is crucial.  This Compensation Plan (the "Plan") is designed to reward you for your efforts as you partner with enterprise customers to provide our full range of end-to-end services.

This Plan applies to those eligible employees of Verizon Business who are based in the United States.  This Plan is effective January 1, 2006 through December 31, 2006, and supersedes all prior Business Solutions Consultant Compensation Plans and all other previous oral or written statements to you regarding the subjects contained herein.  Verizon Business reserves the right to modify or terminate your Compensation Plan and the provisions contained herein at any time, and Verizon Business reserves the right to assign you to another Compensation Plan or to remove you from eligibility under the current Compensation Plan at any time at its own discretion. Any modification or exceptions to this Plan will be void without prior written approval from the Executive Vice President of Global Sales and Service.

This Plan, together with the **2006 Sales Compensation Policies** document and other related policy and bonus documents for your sales channel, governs the payment of commissions and/or bonuses.  It is a term and condition of employment to have a signed Statement of Acceptance on file with Commissions Operations. These documents can be found on the Sales Compensation web site – *http://salescomp.mcilink.com/*.

*All examples used in this Plan are for illustrative purposes only.  The amount of your individual bonus and commission payments depend on your individual performance.*

# 2.  Earned Commissions

You are eligible to receive commission based only upon commission-eligible sales of Global Sales and Service Hosting Solutions products.  Commissions are not earned until the customer remits payment to Verizon Business for a sale. Commissions are not earned if you are not assigned the minimum sales quota for each commission component.  Your ongoing personal involvement is required as a condition for you to earn commissions and bonuses under this Plan.  Thus, any commission payments made in connection with a sale prior to it actually being earned are advances.  All commission payments advanced are subject to reconciliation (true-up or true-down) with earned commissions.  Commission payments advanced that are greater than what the Plan Participant actually earned will be recovered by Verizon Business from the Plan Participant.  Please refer to the 2006 Sales Compensation Policies document for a complete description of what constitutes advanced and earned commissions or bonuses and the chargeback policy.

# 3.  Commission Components

Commissions are calculated under this Plan based on two components:

- 80% target commission is based on Quarter-to-Date (QTD) Sales Performance
- 20% target commission is based on Year-to-Date (YTD) Annual CPE Sales Performance

## 4. Target Commission and Eligible Positions

Target Commission is defined as the annual commission amount that Plan Participants receive should they achieve 100% of their performance objectives.  The amount of commission that you receive can be greater than or less than your Target Commission depending on your performance and the impact of payout factors described in this Plan.  For the QTD Sales Component, the full quarter Target Commission is used to calculate commissions, regardless of the Plan Participant's time in the Business Solutions Consultant position.  For the YTD Annual CPE Sales component, Target Commission is pro-rated based on the number of months that the Plan Participant is employed in the position by Verizon Business.  Your Human Resources job title determines your Target Commission.  Table 1 shows the Annual Target Commission for each eligible position.

**TABLE 1:**

| Eligible Positions | 80% Sales | 20% CPE Sales | Annual Target Commission |
|---|---|---|---|
| Sr. Business Solutions Consultant ( Sr. BSC ) | $56,000 | $14,000 | $70,000 |
| Business Solutions Consultant III (BSC III) | $48,000 | $12,000 | $60,000 |
| Business Solutions Consultant II (BSC II) | $40,000 | $10,000 | $50,000 |
| Business Solutions Consultant I (BSC I) | $32,000 | $8,000 | $40,000 |

## 5. Sales Component

80% of your monthly commissions are calculated based on the sale of eligible products and services categorized as "Sales," as defined in the Product Mapping Table located under Tools on the Sales Planning and Analysis (SPA) web site at *http://spa.mcilink.com*.   Eligible products are categorized as "Hosting-ENT," "Hosting-DCS" and "Hosting-VIT" within the Product Mapping Table.

**1Q Compensation:**

For January – March, 2006 performance, commissions are calculated on only those "Hosting-ENT," "Hosting-DCS" and "Hosting-VIT" sales reported within SPA, associated with your alignment to one or more Branches or Regions within the following eligible Sales Channels:

- Corporate
- Premier
- Federal Government/System Integrators
- State and Local Government/Education

Worldwide sales credit for alignments to Branches or Regions under the Sales component is only available if there are Worldwide sales rolling to the Branch or Region to which you are aligned.

**2Q – 4Q Compensation:**

For April – December, 2006 performance, commissions are calculated on only those "Hosting-ENT," "Hosting-DCS" and "Hosting-VIT" sales reported within SPA, associated with your assigned Module(s) (identified by Universal Position Code – UPC) and/or with your alignment to one or more Branches or Regions within the eligible Sales Channels.

Worldwide sales credit for assignments to modules and/or alignments to Branches or Regions under the Sales component is available for sales to approved customers and/or approved International programs for the respective Sales Channels you support.

Monthly Sales are defined as follows:

| Monthly Qualified Sales | *Less* | Monthly Disqualified Sales | = | Monthly Sales |
|---|---|---|---|---|

For details regarding qualified and disqualified sales, please refer to the 2006 Sales Compensation Policies document.

Quarter-to-Date (QTD) Sales Performance is calculated based on cumulative QTD sales activity versus the quarterly sales quota as follows:

1st Month of Quarter:



2nd Month of Quarter:

3rd Month of Quarter:



Table 2 illustrates the QTD Sales Performance calculation:

**TABLE 2:**

| QTD Sales Performance | Jan | Feb | Mar |
|---|---|---|---|
| Current Month Sales | $90,500 | $72,000 | $34,000 |
| Less:  Disqualified Sales | ($5,000) | ($7,000) | ($9,000) |
| Monthly Sales | $85,500 | $65,000 | $25,000 |
| QTD Sales | $85,500 | $150,500 | $175,500 |
| Divided by:  Quarterly Sales Quota | $100,000 | $100,000 | $100,000 |
| 1Q QTD Sales Performance | 85.5% | 150.5% | 175.5% |

You must be assigned a minimum quarterly quota if your assignment is based on Module(s) in order to be eligible to earn commissions under the Sales Component. Refer to the 2006 Sales Compensation Policies document for specific information regarding minimum quotas.

## 5.1    Payout Factor

The Payout Factor is determined from the following Table 3 based on QTD Sales Performance.  Payout Factors for performance above 100% are applied in the 3rd month of the quarter.   For example, if QTD Sales Performance in Month 3 of the quarter is 175.5%, the Payout Factor applied at the end of the quarter is 1.40.

For individuals who leave the Plan during the quarter, the payout factors for performance above 100% are applied to the last month in the position during the 3rd month of the quarter.   *For example: May, 2006 performance is the last month a BSC I is eligible under this Plan.  The May QTD Sales Performance for the BSC I is 101.5%.  The accelerated payout factor of 1.10 applies to the May QTD Sales Performance in the month of June (3rd month of the quarter).*

**TABLE 3:**

| QTD Sales Performance | Payout Factor |
|---|---|
| 200.0% and Above | 1.50 |
| 175.0% to 199.99% | 1.40 |
| 150.0% to 174.99% | 1.30 |
| 125.0% to 149.99% | 1.20 |
| 100.1% to 124.99% | 1.10 |
| 0% to 100.00% | 1.00 |

## 5.2   Commission Calculation

Subject to the provisions of this Plan, monthly commissions are calculated based on cumulative QTD Sales versus the Quarterly Sales Quota as follows:

| Quarterly Sales Target Commission | x | QTD Sales Performance | x | Payout Factor* | minus | Prior QTD Payments | = | Monthly Payment |
|---|---|---|---|---|---|---|---|---|

*The Payout Factors for performance above 100% are applied in the 3rd month of the quarter.

Prior QTD payments, defined as the QTD commission payments received during the current quarter prior to the current month's commission payment, are subtracted from the current month's QTD commission calculation during the current quarter.

A negative balance in QTD calculated commission may occur if QTD Sales versus Quarterly Sales Quota drops from one month to the next during the quarter.  Negative balances, if any, are carried forward and charged against current and future commission, bonus or bridge payments (collectively referred to as sales compensation payments).

## 5.3   QTD Sales Commission Calculation Example

This example illustrates the QTD Sales commission calculation for 1st Quarter, 2006 for a Business Solutions Consultant I, using the QTD Sales Performance percentages from Table 2.

|  | Jan | Feb | Mar* |
|---|---|---|---|
| Quarterly Sales Target Commission | $8,000 | $8,000 | $8,000 |
| x QTD Sales Performance | 85.5% | 150.5% | 175.5% |
| x Payout Factor | 1.00 | 1.00 | 1.40 |
| QTD Calculated Commissions | $6,840 | $12,040 | $19,656 |
| Less: Prior QTD Payments | ($0) | ($6,840) | ($12,040) |
| **Monthly Commission Payment** | **$6,840** | **$5,200** | **$7,616** |

*The Payout Factors for performance above 100% are applied in the 3rd month of the quarter.

## 6. CPE Sales Component

20% of your monthly commissions are calculated based on the sale of eligible products and services categorized as "CPE," as defined in the Product Mapping Table located under Tools on the SPA web site at *http://spa.mcilink.com*. Eligible products are categorized as "Hosting-ENT," "Hosting-DCS" and "Hosting-VIT" within the Product Mapping Table.

**1Q Compensation:**

For January – March, 2006 performance, commissions are calculated on only those "Hosting-ENT," "Hosting-DCS" and "Hosting-VIT" sales reported within SPA, associated with your alignment to one or more Branches or Regions within the following eligible Sales Channels:

- Corporate
- Premier
- Federal Government/System Integrators
- State and Local Government/Education

Worldwide sales credit for alignments to Branches or Regions under the CPE Sales component is only available if there are Worldwide sales rolling to the Branch or Region to which you are aligned.

**2Q – 4Q Compensation:**

For April – December, 2006 performance, commissions are calculated on only those "Hosting-ENT," "Hosting-DCS" and "Hosting-VIT" sales reported within SPA, associated with your assigned Module(s) (identified by Universal Position Code – UPC) and/or with your alignment to one or more Branches or Regions within the eligible Sales Channels.

Worldwide sales credit for assignments to modules and/or alignments to Branches or Regions under the Sales component is available for sales to approved customers and/or approved International programs for the respective Sales Channels you support.

Monthly CPE Sales are defined as follows:



| Monthly Qualified Sales | *Less* | Monthly Disqualified Sales | = | Monthly Sales |

For details on qualified and disqualified CPE Sales, please refer to the 2006 Sales Compensation Policies document.

Year-to-Date (YTD) Annual CPE Sales Performance is calculated based on cumulative YTD CPE sales activity versus the annual CPE sales quota. Below is an example of three months of performance:

1st Month:



$$\frac{\text{Month 1 Sales (Month 1 YTD)}}{\text{Annual Sales Quota}} = \text{YTD Annual CPE Sales Performance}$$

2nd Month:

$$\frac{\text{Month 1 + Month 2 Sales (Month 2 YTD)}}{\text{Annual Sales Quota}} = \text{YTD Annual CPE Sales Performance}$$

3rd Month:

$$\frac{\text{Month 1 + Month 2 + Month 3 Sales (Month 3 YTD)}}{\text{Annual Sales Quota}} = \text{YTD Annual CPE Sales Performance}$$

Table 4 illustrates the YTD Annual CPE Sales Performance calculation:

**Table 4:**

|  | Jan | Feb |  | Nov | Dec |
|---|---|---|---|---|---|
| Current Month CPE Sales | $48,000 | $49,000 | ... | $54,000 | $48,000 |
| Less: Disqualified CPE Sales | ($3,000) | ($7,000) | ... | ($8,000) | ($7,000) |
| Current Month CPE Sales | $45,000 | $42,000 | ... | $46,000 | $41,000 |
| YTD CPE Sales | $45,000 | $87,000 | ... | $415,000 | $456,000 |
| Annual CPE Sales Quota | 360,000 | $360,000 | ... | $360,000 | $360,000 |
| **YTD Annual CPE Sales Performance** | **12.5%** | **24.1%** | **...** | **115.2%** | **126.6%** |

You must be assigned a minimum annual quota if your assignment is based on Module(s) in order to be eligible to earn commissions under the CPE Sales Component. Refer to the 2006 Sales Compensation Policies document for specific information regarding minimum quotas.

## 6.1  Incremental Payout Value

The Incremental Payout Value is determined from Table 5 below based on YTD Annual CPE Sales Performance and Annual Target Commission. The Incremental Payout Value is applied to each percentage point. For YTD Annual CPE Sales Performance above 100%, the accelerated value is only applied to the percentage points above 100%. *For example, a BSC I achieves YTD Annual CPE Sales Performance of 115.2%. The Incremental Payout Value of $80 is applied to the first 100 percentage points, and the Incremental Payout Value of $120 is applied only to the 15.2 percentage points above 100%.*

**TABLE 5:**

| YTD Annual CPE Sales Performance | Payout Value BSC I | Payout Value BSC II | Payout Value BSC III | Payout Value Sr. BSC |
|---|---|---|---|---|
| Above 100% | $120 | $150 | $180 | $210 |
| 100% and below | $80 | $100 | $120 | $140 |

Because the Incremental Payout Values are based on Annual Target Commission, the values will be prorated based on the Plan Participant's time in the BSC position. For example, the Incremental Payout Values for a BSC I who enters the plan effective with July Performance are prorated for the remaining 6 months of the year as follows:

| YTD Annual CPE Sales Performance | Payout Value BSC I |
|---|---|
| Above 100% | $60 |
| 100% and below | $40 |

## 6.2  Commission Calculation

Subject to the provisions of this Plan, monthly commissions are calculated based on cumulative YTD CPE Sales versus the Annual CPE Sales Quota as follows:

$$
\text{YTD CPE Sales Percentage Points} \quad \text{x} \quad \text{Payout Value} \quad \textit{minus} \quad \text{Prior YTD Payments} \quad = \quad \text{Monthly Payment}
$$

Prior YTD payments, defined as the YTD commission payments received for the current Plan year prior to the current month's commission payment, are subtracted from the current month's YTD commission calculation.

A negative balance in YTD calculated commission may occur if YTD CPE Sales versus Annual CPE Sales Quota drops from one month to the next. Negative balances, if any, are carried forward and charged against current and future sales compensation payments. Because the CPE Sales Component is based on YTD Annual CPE performance, final YTD Annual CPE Sales performance cannot be determined until year-end or until the end of your assignment period if you are reassigned or terminated during the year.

## 6.3  YTD Annual CPE Sales Commission Calculation Example

This example illustrates the YTD Annual CPE Sales commission calculation for a Business Solutions Consultant I, using the YTD Annual CPE Sales Performance percentages from Table 4.

| | Jan | Feb | ... | Nov | Dec |
|---|---|---|---|---|---|
| **YTD Annual CPE Sales Performance** | **12.5%** | **24.1%** | ... | **115.2%** | **126.6%** |
| YTD Percentage Points up to 100% | 12.5 | 24.1 | ... | 100 | 100 |
| X Payout Value up to 100% | $80 | $80 | ... | $80 | $80 |
| **YTD Calculated Commissions up to 100%** | **$1,000** | **$1,928** | ... | **$8,000** | **$8,000** |
| YTD Percentage Points over 100% | n/a | n/a | ... | 15.2 | 26.6 |
| X Payout Value over 100% | n/a | n/a | ... | $120 | $120 |
| **YTD Calculated Commissions over 100%** | **n/a** | **n/a** | ... | **$1,824** | **$3,192** |
| **Total YTD Calculated Commissions** | **$1,000** | **$1,928** | ... | **$9,824** | **$11,192** |
| Less: Prior YTD Payments | $0 | ($1,000) | ... | ($8,200) | ($9,824) |
| **Monthly Commission Payment** | **$1,000** | **$928** | ... | **$1,624** | **$1,368** |

# 7.  Plan Administration

## 7.1  200% Performance Review

Each component of the Compensation Plan is subject to a 200% performance review by the Commission Review Board (CRB). The CRB will review all factors contributing to the Plan Participant's performance and determine whether an adjustment (increase) to the objective is appropriate. Once a Plan Participant reaches 200% of his/her annualized Sales or annual CPE Sales objective, results for that commission component will be frozen at 200% of annualized Sales or annual CPE Sales performance. Commissions will not be calculated for that component until the review process is completed and a course of action determined.

## 7.2  Interpretations

Final interpretation of any provision contained in this Plan, the 2006 Sales Compensation Policies document and other related policies, will be made by the Sales Compensation Executive Council (SCEC).

## 7.3   Disputes

With the exception of account assignments, all commission and/or bonus disputes must be submitted to Commissions Operations in writing via e-mail within 60 days of the actual or expected commission or bonus payment date.  Failure to submit a written claim within the 60-day period shall constitute a waiver of any claims regarding the dispute.   For details, please refer to the Dispute Resolution Process within the 2006 Sales Compensation Policies document which can be found on the Sales Compensation web site — *http://salescomp.mcilink.com/*.

## 7.4   At-Will Employee Status

**Neither this Plan nor anything contained in it shall affect your status as an employee-at-will of Verizon Business.  This Plan is not intended in any way to create, and does not create, a durational term of employment or an employment contract, express or implied, between you and Verizon Business.  Nor does it limit or restrict Verizon Business with respect to the creation or termination of relationships with its employees.   As an employee-at-will, your employment with Verizon Business may be terminated at any time, with or without cause, and with or without notice, by you or Verizon Business.**

## 8.  Statement of Acceptance

I have received, read, and understand the terms of the **2006 Verizon Business Specialized Services Hosting Solutions Business Solutions Consultant Compensation Plan** and the **2006 Verizon Business Sales Compensation Policies** document located on the Sales Compensation web site at _http://salescomp.mcilink.com_.  I acknowledge that the terms of the Compensation Plan and Compensation Policies documents shall govern the earning and payment of all commissions and/or bonuses.  I understand that such commissions and bonuses may be subject to audits and chargebacks from time to time, and by my signature below, I consent to such audits and chargebacks.  I acknowledge that this Compensation Plan is effective January 1, 2006 and shall continue until December 31, 2006.

I acknowledge and agree that Verizon Business may, at their sole and exclusive discretion, adjust objective (i.e. sales quota and/or revenue plan) requirements at any time during the Compensation Plan year due to changes in business conditions, individual performance, or any other reason management deems appropriate at their sole and exclusive discretion which may impact the amounts of previously paid, present, and/or future sales compensation payments.

I hereby expressly agree that any commission adjustments made in accordance with this Compensation Plan, including but not limited to recovery of advanced but unearned commission, may be deducted from my payroll checks (including my final paycheck), my vacation pay, my expense reimbursements, any outstanding commissions earned, and owed to me and any severance pay to which I may be entitled.  I hereby expressly agree that, within 4 weeks of my final scheduled sales compensation payment (regardless of whether the termination was voluntary or involuntary), I will pay to Verizon Business any outstanding chargeback balance not recovered from any of the outstanding payments due to me upon termination.

I hereby expressly authorize Verizon Business to recover any and all sales compensation amounts that result in an overpayment of sales compensation.  Accordingly, I further hereby expressly authorize Verizon Business to obtain such recovery by adjusting future advances of sales compensation and, as may be required in the sole judgment of Verizon Business, by making payroll offsets from my paychecks until the full amount of the overpayment is recovered.  I understand that Verizon Business will pursue recovery of any and all chargebacks to the fullest extent allowed by law.

I understand that Verizon Business may amend, supplement, supersede, or terminate this Compensation Plan at any time with the appropriate notice according to local law.  The Compensation Plan, including all related materials and documentation, is neither a contract nor a guarantee of employment or compensation of any kind.  The Compensation Plan, including all related materials and documentation, is simply a statement of management's general intent and does not, and shall not be construed to, constitute any promises or guarantees regarding your compensation, including but not limited to, the amount of sales compensation or the methodology used to compute such compensation.

As such, a copy of the Compensation Plan Statement of Acceptance, with my signature, must be on file with Commissions Operations in order to receive payments under this Compensation Plan.

| PLEASE SIGN BELOW, OBTAIN APPROPRIATE SIGNATURES AND RETURN TO: | | |
| --- | --- | --- |
| Verizon Business, 5055 North Point Parkway, 4th Floor, Alpharetta, GA 30022 FAX:  vnet 870-5660, or (678) 259-5660 Attention: COMMISSIONS OPERATIONS | | |
| PRINT NAME | SIGNATURE | DATE |
| MANAGEMENT (NEXT LEVEL) NAME | SIGNATURE | DATE |

# Verizon Business 2006 Sales Compensation Policies

Verizon Business Policy Document Prepared by HR Sales Compensation



# TABLE OF CONTENTS

**1   GENERAL PLAN PROVISIONS** ........................................................................ **5**

1.1   Introduction ......................................................................................................... 5
1.2   Compensation Plan Term ..................................................................................... 5
1.3   Verizon Business Sales Compensation Executive Council ................................... 5
    1.3.1   Compensation Plan Changes ..................................................................... 5
1.4   Advanced versus Earned Sales Compensation .................................................. 6
1.5   Conflict of Interest .............................................................................................. 6

**2   PLAN PARTICIPANTS** .................................................................................... **7**

2.1   Eligibility .............................................................................................................. 7
    2.1.1   Part-Time/Job Share .................................................................................. 7
    2.1.2   Definitions .................................................................................................. 7
    2.1.3   Commission Eligibility Dates ...................................................................... 7
2.2   Bridge (Draw) ...................................................................................................... 8
    2.2.1   Overview ..................................................................................................... 8
    2.2.2   First Bridge Payment ................................................................................. 8
    2.2.3   Bridge Policies ........................................................................................... 8

**3   COMMISSION COMPONENTS** ...................................................................... **10**

3.1   Quarter-to-Date (QTD) Sales Component ......................................................... 10
    3.1.1   Monthly Recurring Value .......................................................................... 10
    3.1.2   Calculating Sales Commissions ............................................................... 10
    3.1.3   Commission-Eligible Sales ...................................................................... 10
    3.1.4   Qualified Sales ......................................................................................... 10
    3.1.5   Disqualified Sales ..................................................................................... 11
    3.1.6   Sales Adjustments .................................................................................... 11
    3.1.7   Disqualified/Adjusted Sales Value ........................................................... 11
    3.1.8   Commission-Eligible Sales Month ............................................................ 11
    3.1.9   Remote Access Service, Web Center Service and Managed Messaging .... 12
    3.1.10  Enhanced Call Routing ............................................................................. 12
    3.1.11  MRV Exceptions ....................................................................................... 13
3.2   Year-to-Date (YTD) Annual CPE Sales Component ........................................... 13
    3.2.1   Annual Revenue Value ............................................................................. 13
    3.2.2   Calculating Sales Commissions ............................................................... 14
    3.2.3   Commission-Eligible Sales ...................................................................... 14
    3.2.4   Qualified Sales ......................................................................................... 14
    3.2.5   Disqualified Sales ..................................................................................... 14
    3.2.6   Sales Adjustments .................................................................................... 14
    3.2.7   Disqualified Sales Value ........................................................................... 15
    3.2.8   Commission-Eligible Sales Month ............................................................ 15
3.3   Year-to-Date (YTD) Revenue Component .......................................................... 15
    3.3.1   Calculating Revenue Commissions .......................................................... 15

3.3.2    Commission-Eligible Revenue ................................................................15
3.3.3    Revenue Credits ..............................................................................16
3.3.4    Equipment Sales – SRDM Revenue ....................................................16
3.3.5    Minimum Usage, Underutilization, and Early Termination Fees .........16
3.3.6    SkyTel Invoiced Services..................................................................16
3.3.7    Foreign Currency Exchange Rate (Global, Government, Premier).........17

3.4    Split Sales and CPE Sales ......................................................................17

3.5    Unearned Commissions & Bonus ...........................................................17
3.5.1    Service Conversion – Sales and CPE Sales Components .....................18
3.5.2    Uncollectible Customer ...................................................................18
3.5.3    Misrepresentation and Fraud ..........................................................18
3.5.4    Chargebacks ...................................................................................18

**4    REVENUE AND SALES OBJECTIVES**                                                       **20**

4.1    Overview ...............................................................................................20
4.1.1    Establishing Revenue and Sales Objectives .....................................20
4.1.2    Adjustments to Revenue and Sales Objectives..................................20

4.2    Sales Objectives ...................................................................................20
4.2.1    Assignment Level ...........................................................................20
4.2.2    Minimum Sales Quota Assignment...................................................21
4.2.3    Plan Participant Transfers and Impact on Sales Quotas......................21
4.2.4    Module-Level Assignment Changes and Impact on Sales Quotas ......21

4.3    Revenue Objectives ..............................................................................21
4.3.1    Assignment Level ...........................................................................21
4.3.2    Minimum Revenue Plan Assignment ................................................22
4.3.3    Adjustments to Revenue Plans ........................................................22
4.3.4    Plan Participant Transfers and Impact on Revenue Plans ..................22
4.3.5    Customer Assignment Changes and Impact on Revenue Plans ..........23

**5    POLICIES AND PROCEDURES**                                                            **24**

5.1    Commission-eligible Products & Services...............................................24

5.2    Customer Definition..............................................................................24

5.3    Customer Assignments .........................................................................24

5.4    Unassigned Customers and Vacant Modules..........................................24

5.5    Large Transactions ...............................................................................25

5.6    200% Performance Review ....................................................................25

5.7    Commission Statement .........................................................................25

5.8    Commission and Bonus Audits...............................................................25

5.9    Transition Payments .............................................................................25

5.10   Benefits and Sales Compensation Treatment.........................................25

5.11   Tax Liabilities .......................................................................................25

5.12   Nonexempt Management Employees .....................................................26

5.13 Scheduled Pay Dates ...................................................................................... 26

5.14 Dispute Resolution Process .......................................................................... 27
    5.14.1    Overview ............................................................................................. 27
    5.14.2    Commission Review Board ............................................................ 27
    5.14.3    Dispute Process.................................................................................. 27

**6   BUSINESS POLICIES                                                  29**

6.1   Equal Opportunity ....................................................................................... 29

6.2   At-Will Notice ............................................................................................... 29

6.3   Not a Contract............................................................................................... 29

6.4   Other Agreements ....................................................................................... 29

6.5   Disclosure, Ownership and Return of Company Information and Property ................... 29

6.6   Statement of Acceptance ......................................................................... 30

**7   APPENDIX A – ELIGIBLE JOB TITLES           31**

**8   APPENDIX B - GLOSSARY OF TERMS            32**

# 1   GENERAL PLAN PROVISIONS

## 1.1   Introduction

This document contains the general plan provisions and policy details of Verizon Business's Sales Compensation Program for the Calendar Year 2006. This document is written for Plan Participants ("Participants" or "Plan Participants") within the following Sales Channels:

- Premier
- Corporate
- Federal and System Integrators
- Government and Education
- Specialized Services

This document, in conjunction with your individual 2006 Compensation Plan, should be read carefully.  These written materials will collectively be referred to as the "Compensation Plan."

## 1.2   Compensation Plan Term

The policies set forth herein are effective January 1, 2006 through December 31, 2006, and supersede all prior Sales Compensation Policies and all other previous oral or written statements to you regarding the subjects contained herein.

## 1.3   Verizon Business Sales Compensation Executive Council

The Sales Compensation Executive Council (SCEC) includes the following individuals:

- Executive Vice President of Sales
- Senior Vice President of Marketing
- Senior Vice President of Finance
- Senior Vice President of Human Resources Compensation
- General Legal Counsel
- Director of Human Resources Sales Compensation - Chair

The SCEC is responsible for approving the Sales Compensation framework, which defines common policies and practices across Sales Channels within Global Sales and Service (GS&S).   Additionally, the SCEC coordinates compensation plan design worldwide, maintains oversight of the governance of the Sales Compensation Program, and acts as the court of last appeal for compensation plan interpretations, exceptions and disputes.   Approval of the SCEC is required for the following:   any retroactive changes to sales compensation programs or design elements and any sales compensation event or issue it deems was not anticipated in the development of the Compensation Plans, provisions and policies.

### 1.3.1   Compensation Plan Changes

Verizon Business reserves the right to modify, amend, supersede, supplement, suspend or terminate these Compensation Plans or provisions at any time, with or without notice to the fullest extent permitted by applicable law.  Verizon Business reserves the right to assign you to another Compensation Plan or to remove you from eligibility under the current Compensation Plan at any time at its own discretion.

Verizon Business reserves the right to modify, amend or suspend, at any time, in whole or in part, and, if suspended, to reinstate any or all of the provisions of, a Compensation Plan. Any modification or suspension shall not affect sales compensation payments, including but not limited to commissions, bonuses and bridge, already advanced or earned under the Plan.

## 1.4   Advanced versus Earned Sales Compensation

Commissions are not earned until the customer remits payment to Verizon Business for a sale.  Thus, any commission payments made in connection with a sale prior to it actually being earned are advances.  All commission payments advanced are subject to reconciliation (true-up or true-down) with earned commissions. Commission payments advanced that are greater than what the Plan Participant actually earned will be recovered by Verizon Business from the Plan Participant.

## 1.5   Conflict of Interest

Direct payments to and acceptance of sales compensation awards or other monies by Plan Participants from any third party source is considered a conflict of interest and is strictly prohibited as being in violation of the Verizon Business Code of Conduct.

## 2  PLAN PARTICIPANTS

### 2.1  Eligibility

Positions that are eligible for sales compensation are those approved by Human Resources (HR) Compensation as eligible to participate. Non-employee contractors are not eligible for sales compensation under the 2006 Compensation Plan. Please refer to the Appendix A – Eligible Job Titles.

#### 2.1.1  Part-Time/Job Share

Generally, part-time and job share opportunities are not eligible for sales compensation positions. The Group President and the HR Director of Sales Compensation must approve a part-time/job share request. Approved part-time/job share situations will have target commissions prorated to correspond with the part-time/job share allocation.

#### 2.1.2  Definitions

- New Hire - A New Hire is defined as an employee hired from outside of Verizon Business or an employee transferring from a non-commission-eligible Verizon Business position.
- Re-Hire – A re-hire is defined as an individual previously employed by Verizon Business in a commission-eligible position who is re-hired into a commission-eligible position.
- Transfer – A transferred employee is defined as a commission-eligible Plan Participant who transfers or is promoted from one Compensation Plan to another or from one Job Title to another. Plan Participants who transfer or are promoted to a different level within the same Job Title are not considered to be transferred Plan Participants.
  **Examples:** (1) An Account Manager I transferring from Corporate to Premier is considered a Transfer. (2) An Account Manager III promoted to a Sales Manager is considered a Transfer. (3) An Account Manager I promoted to an Account Manager II is not considered a Transfer.
- Leave of Absence (LOA) – LOA refers to a Plan Participant whose HR status changes from Active to Leave or LOA. Leaves of Absence include, but are not limited to, Long Term Disability, Short Term Disability, Military Leave, etc…
- Termination – A terminated Plan Participant is one who transfers to a non-commission-eligible position or who terminates (voluntarily or involuntarily) employment with Verizon Business.

#### 2.1.3  Commission Eligibility Dates

Sales compensation eligibility refers to the start date and end date for commission eligibility. A Plan Participant's HR effective date in a position and status (i.e. active, leave, terminated) determines when that individual is eligible to earn commission on performance during a particular month. The official HR effective date is indicated on the employee's Electronic Personnel Status Request (EPSR). All references to effective date in Section 2 refer to the HR effective date.

Commission eligibility for New Hires, Re-Hires, Transfers, Leaves of Absence and Terminations (voluntary or involuntary) is based on the 15th/16th calendar day of the month rule. Plan Participants who enter the Compensation Plan with an effective date on or before the 15th calendar day of the month are eligible to receive full compensation for the current month's performance. Plan Participants who enter the Compensation Plan on or after the 16th calendar day of the month are eligible to receive full compensation for the following month's performance. When leaving the Compensation Plan (i.e. Leave of Absence or Termination) or transferring from one Compensation Plan to another, individuals must remain in the current position through the 16th calendar day of the month in order to receive full compensation for the current month's performance.

**Example:** A Plan Participant who transfers from one Compensation Plan to another on or before the 15th calendar day of the month receives his/her final commission payment in the previous position based on the previous month's performance. The Plan Participant receives commission under the new position in the month of transfer. A Plan Participant who transfers from one Compensation Plan to another on or after the 16th calendar day of the month receives his/her final commission payment in the previous position based on the current month's performance. The Plan Participant receives commission under the new position in the month following the transfer.

Sales compensation payments will be calculated and paid to terminated Participants during the normal pay-out cycle specified in the Compensation Plan, i.e., monthly, quarterly, semiannually, etc.

## 2.2   Bridge (Draw)

### 2.2.1   Overview

Bridge is available to Plan Participants for a limited period of time under certain situations, inclusive of: (1) new hires, (2) rehires (3) transfers and (4) temporary assignments. Any Bridge paid will be within the Total Target Commission for the Plan Participant. Individuals compensated under the Verizon Business Support Incentive Program (VSIP) are not eligible for Bridge.

In order to receive Bridge, an individual must be an active employee of Verizon Business at the time of Bridge payment. A Personnel Action Web form must be submitted to Commissions Operations in order to process Bridge.

Bridge is not available if the Plan Participant received Bridge under any Verizon Business commission-eligible position for 2006 performance.

The Bridge provisions apply even if the Bridge period crosses over Compensation Plan Years.

### 2.2.2   First Bridge Payment

The HR effective date of hire/transfer determines when the Plan Participant will receive the first bridge payment. If the HR effective date of hire/transfer is on or before the 15th calendar day of the month, then the Plan Participant will receive the first bridge payment on the regularly scheduled commission pay date for the current month's performance. If the HR effective date of hire/transfer is on or after the 16th calendar day of the month, then the Plan Participant will receive the first bridge payment on the regularly scheduled commission pay date for the following month's performance.

### 2.2.3   Bridge Policies

- **New Hire:** The New Hire Bridge amount is 50% of monthly Target Commission for the first four performance months in the position. During the Bridge Period, Plan Participants will be paid either the Bridge amount or actual calculated commissions, whichever amount is greater.
- **Re-Hire:** Individuals re-hired less than 6 months from their most recent HR effective date of termination are not eligible for Bridge. Individuals re-hired between 6 months and 2 years from their most recent HR effective date of termination may be eligible for New Hire Bridge with written approval from the Group President. Individuals re-hired after 2 years from their most recent HR effective date of termination are eligible for New Hire Bridge.
- **Transfer:** Transfer Bridge may be available, with written approval from the Group President to transferred employees. The Transfer Bridge amount is 50% of monthly Target Commission for the first two performance months in the new position. During the Bridge Period, Plan Participants will be paid either the Bridge amount or actual calculated commissions, whichever is greater.

- **Leaves of Absence:** An employee who goes on leave of absence while on Bridge will stop receiving Bridge payments the month following the employee's HR effective date of leave. The employee will receive the remaining Bridge payments, if any, when the employee returns from leave of absence.
- **Terminations:** An employee, who terminates employment with Verizon Business, whether voluntarily or involuntarily, during the Bridge period, or within 6 months of the last Bridge payment, must repay any Bridge payments received to Verizon Business. The Bridge payment will be deducted from any outstanding commissions or bonuses due on the employee's final paycheck(s), from any vacation pay due, and from any severance payments to which the employee may otherwise be eligible.
- **Temporary Assignments:** A temporary assignment is when management temporarily changes the job function of a Plan Participant. This section does not apply to the situation when management temporarily assigns customers to a Plan Participant. Participants placed on temporary assignment may be eligible to receive Bridge for up to 6 months during a temporary assignment at 100% of the monthly Target Commission. Management will take into consideration the length of time of the temporary assignment, as well as the ability or inability of the Participant to perform their normal sales job concurrent with the assignment.

  An assignment of less than 30 days is not considered a temporary assignment. Additionally, an "acting" assignment is not considered a temporary assignment. For an assignment of more than six (6) months, the employee should be transferred in HR from the current position to the new position, even if the new position is not commission-eligible.

  This transaction requires written approval from the Group President and the HR Director of Sales Compensation.

**New Hire Bridge Example:** A sales representative with a $50,000 annual target commission ($4,166.67 monthly) and a hire date of 4/10/06 is eligible to earn commission beginning with April, 2006 performance. The first bridge payment is applied to April Performance, paid on the June commission pay period.

| Performance Months | APRIL | MAY | JUNE | JULY |
|---|---|---|---|---|
| Bridge Amount | $2,083 | $2,083 | $2,083 | $2,083 |
| Actual Commissions Calculated | $1,700 | $2,500 | $3,000 | $4,500 |
| Actual Payment | $2,083 | $2,500 | $3,000 | $4,500 |
| Pay Period | Jun 30, 2006 | Jul 28, 2006 | Aug 25, 2006 | Sept 22, 2006 |

# 3   COMMISSION COMPONENTS

## 3.1   Quarter-to-Date (QTD) Sales Component

### 3.1.1   Monthly Recurring Value

Products compensated under the Sales Component are commissioned based on the Monthly Recurring Value (MRV) within the Sales Planning and Analysis (SPA) system.   The MRV is assigned by Marketing.   The MRV represents the anticipated average monthly recurring billed revenue that will be recognized by Verizon Business for each product.   When establishing the MRV, Marketing considers all elements of a product's pricing structure including, but not limited to, the average billed monthly rate, discounts, non-recurring charges such as install charges (if not frequently waived), feature charges, and the manner in which the product is billed (i.e. bundled or standalone).   Once established, no changes to the MRV will be made without approval from the Vice President of Product Marketing.

The MRV for physical network sales associated with SONET, EIDSR, DWDM, Switched Ethernet, VON and E911 is based on $1/12^{th}$ of the contract value associated with the physical network. Sales of the ports and riders on the physical network will be compensated as those services are order-entered.

### 3.1.2   Calculating Sales Commissions

Sales-based commissions are calculated only on commission-eligible sales reported in SPA net of any cancels, disconnects and adjustments associated with current and prior months.   Unless otherwise specified in an approved Teaming Program, sales-based commissions are calculated only for Global Sales and Service commission-eligible products for your sales channel and assigned to you in accordance with your signed Compensation Plan.   Sales Performance is measured after all adjustments covering the period are processed.   As a result, prior months' sales will be restated, and any commissions due to a Plan Participant or owed to the company will be netted against the current month's commission.

### 3.1.3   Commission-Eligible Sales

Commission-eligible sales are defined as the sum of the MRV associated with all qualified sales net of the MRV associated with all disqualified sales and adjustments.   Commission-eligible sales reported in SPA serve as the basis for calculating commissions.   SPA receives order information from numerous systems, including but not limited to:   OrderPro Proper, OrderPro External Orders (OEO), the Compensation Translation Program (CTP), Digex, OneView (Conferencing products only) and other manual feeds.   In addition to using SPA, Commission Operations reserves the right to utilize other Verizon systems to verify the status of qualified sales.

Technology Upgrades are defined as a product (other than those listed below) that converts to one of the following services:   PIP, IP VPN, Internet Dedicated, Internet Dial, or Voice over IP.   A Technology Upgrade is not considered a service conversion and will be treated as a new sale. Conversions from legacy ESG provisioned IP VPN to Verizon Business IP VPN are included in this policy and, as such, will be treated as new sales.

### 3.1.4   Qualified Sales

For purposes of this Plan, qualified sales are defined as new sales, add-ons and bandwidth upgrades (associated with incremental MRV values) to existing services for which new Transaction Identification Numbers (TINs) are established within OrderPro and OEO and for which valid Order-Entry (O-E) Account Identifiers (account numbers) are provided.   For sales from CTP, Digex and OneView, SPA generates the new TIN based on the Order ID (CTP), Order Number (Digex) or Opportunity ID (OneView).

Orders must be assigned the following within SPA in order to qualify as a sale and to receive credit on a sale. Commissions will be withheld for orders that are missing any of the following items.

- New TIN
- Valid O-E Account Identifier/Account Number
- O-E Submit Date for OrderPro Proper orders only (Order Create Date used for CTP and Date Closed used for Digex and OneView)
- Credit Approval Date for OEO orders only (Order Create Date used for CTP and Date Closed used for Digex and OneView)
- Sales Rep OneWorld Number, Agent ID or NASP ID (refer to your compensation plan to determine which ID is required)

### 3.1.5  Disqualified Sales

Disqualified sales are defined as orders that have been cancelled or disconnected. Disqualified sales are netted against qualified sales in the current month, which is determined by the date the sale is considered to be disqualified. A cancelled order is a qualified sale that is cancelled before being installed or is still pending installation 180 days after the O-E Submit Date or Credit Approval Date. In the event a disqualified sale that was pending installation for more than 180 days is subsequently installed, then that order may be commission-eligible for the Sales Month based on when the Install Date is reported in SPA. With written approval from the Group President, the 180-day Pending Install deadline may be extended up to an additional 180 days. A disconnect order is a qualified sale that disconnects within 180 days of the Install Date.

### 3.1.6  Sales Adjustments

Reasons for sales adjustments include, but are not limited to, the time delay between the O-E Submit Date and the IC Accept Date, true-up/-down for Remote Access Service, Enhanced Call Routing, Managed Messaging or Web Center sales, reconciliations of actual billing to MRV Exceptions, and adjustments associated with Debit or Credit vouchers.

If the Debit or Credit voucher is associated with the TIN on the original order, then the adjustment to the MRV value will apply to the Sales Rep OneWorld Number, Agent ID or NASP ID associated with the original TIN in the month the sale took place. If the Debit or Credit voucher is associated with a new TIN, then the voucher will impact the Sales Rep OneWorld Number, Agent ID or NASP ID associated with the new TIN.

### 3.1.7  Disqualified/Adjusted Sales Value

For a disqualified or adjusted sale that was originally paid during a month in which the Plan Participant was capped (i.e. 50% switched or conferencing limit), the amount of MRV which will be netted from the qualified sales in the current month will be based on the MRV associated with the cancelled, disconnected or adjusted sale reported in SPA, not to exceed the original uncapped sales value.

### 3.1.8  Commission-Eligible Sales Month

The month in which sales credit is applied to quota for commission calculation purposes is based on the IC Accept Date or Credit Approval Date reported in SPA. All orders with an IC Accept Date or Credit Approval Date by the close of the calendar month will apply to that month and be assigned a MRV in SPA for that period. Although quota credit is applied based on the IC Accept Date, commissions are not calculated until the O-E Submit Date is populated. Cancels and disconnects are applied to the commission calculation based on the when the cancel or disconnect is reported in SPA.

**Example:** A qualified sale has an IC Accept Date of 4/25/06 and an O-E Submit Date of 6/12/06. Quota credit and commissions will be processed with June performance, but applied to the April commission statement (based on the IC Accept Date). This process results in a Sales Adjustment to the April commission statement. A disqualified sale with a Disconnect Date of 5/16/06 is reported in SPA 6/1/06. The disconnect is applied to the April commission statement due to the fact that the 6/1/06 SPA report impacts April sales performance.

### 3.1.9  Remote Access Service, Web Center Service and Managed Messaging

The following conditions must be met in order to qualify for commission-eligible Sales credit for Remote Access Services (RAS), Web Center Services (WCS) and Managed Messaging:

Orders must be entered via OEO using the estimated MRV associated with the sale, which is determined based on the number of seats, FOBs or IDs associated with the order in the month of sale. A Customer Activation Schedule must be included in the documentation submitted to Commissions Operations for the OEO order, which consists of an estimate of revenue.

Sales compensation is based on 50% of the estimated MRV in the month the sale takes place and a reconciliation to actual billed revenue over a 6-month period. Commissions Operations will track billed revenue at the account number level for a 6-month period starting with the month in which the sale qualified for compensation within SPA. A true-up or true-down will be performed at the end of the 6-month period based on the highest actual incremental billed monthly recurring revenue (MRR) amount during the period. Any unusual spikes in revenue during the 6-month review will be averaged with the highest incremental billed MRR to determine the true-up or true-down amount. Commissions Operations will provide the billed revenue reporting that was used to determine the true-up or true-down amount to the Plan Participants.

**Example:** A new RAS sale with an estimated MRV of $10,000 is reported in June. A total of $5,000 is credited for compensation to the Plan Participant in June, which is 50% of the total estimated MRV. Commissions Operations then tracks the incremental billed revenue for the account over the next 6 months, starting in June. The customer's original billed MRR was $2,000. At the end of November, Commissions Operations identified the highest billed MRR to be to be $12,000, generated in November. Because the customer had an existing revenue stream, the incremental MRR is $10,000, which is used to calculate the MRV true-up. The Plan Participant receives an additional $5,000 in MRV for sales credit applied in the June sales month.

Once an account number is under review, no further Sales or commission credit is available for that same account number until the end of the 6-month review period. If in the above example, the same account number was submitted again in July for another estimated MRV of $10,000, the Plan Participant would not receive any further quota or commission credit during the month of July, as the account number is currently under review. The Plan Participant would receive the additional sales reporting credit for the add-on sale.

This policy applies to domestic as well as internationally provisioned RAS.

### 3.1.10  Enhanced Call Routing

The following conditions must be met in order to qualify for commission-eligible Sales credit for Enhanced Call Routing (ECR) sales:

ECR orders must be entered via OEO, using the estimated MRV associated with the sale, which is based on the number of minutes associated with the order at the account (SysID) level in the month of sale. An ECR Template must be included in the documentation submitted to Commissions Operations for the ECR OEO order, which consists of an estimate of revenue based on minutes, calls and rates. This template is located on the Sales Compensation web site at http://salescomp.mcilink.com under "Forms."

Sales compensation is based on 50% of the estimated MRV in the month the sale takes place and a reconciliation to actual account activity over a 6-month period. Commissions Operations will track minute activity at the SysID level for a 6-month period starting with the month in which the sale qualified for compensation within SPA. A true-up or true-down will be performed at the end of the 6-month period based on the highest actual incremental monthly recurring account activity. Monthly recurring account activity is determined based on the highest incremental number of minutes generated over the 6-month period multiplied by the rate per minute. Commissions Operations will provide the minute reporting that was used to determine the true-up or true-down amount to the Plan Participant.

**Example:** a Plan Participant submits an ECR template with an estimated MRV of $10,000 in April. A total of $5,000 is credited to the Plan Participant in April, which is 50% of the total estimated MRV. Commissions Operations then tracks the incremental account activity over the next 6 months, starting in April. The customer's original monthly recurring activity was $2,000. At the end of the 6 months (September), Commissions Operations identified the highest monthly recurring activity to be $12,000. Because the customer had an existing monthly recurring activity of $2,000, the incremental activity is $10,000, which is used to calculate the MRV true-up. The Plan Participant receives an additional $5,000 in MRV for sales credit applied in the April sales month.

Once an account number is under review, no further Sales or commission credit is available for that same account number until the end of the 6-month review period. If in the above example, the same account number was submitted again in July for another estimated MRV of $10,000, the Plan Participant would not receive any further quota or commission credit during the month of July, as the account number is currently under review. The Plan Participant would receive the additional sales reporting credit for the add-on sale.

### 3.1.11 MRV Exceptions

No exceptions to the actual MRV amount will be accepted for orders with an IC Accept Date during 1st Quarter, 2006 (1/1/06 – 3/31/06). Approved and qualified sales submitted after 1st Quarter, 2006 as an Exception are included in Sales Performance. Requests for exceptions to the actual MRV amount will only be approved if the request is at least 25% greater than the actual stated amount.

Commissions paid on MRV exceptions are subject to monthly audits. If an application or account does not reach the expected level of billing within 6 months, starting with the month the exception was granted, commissions will be restated based on the difference between actual billing and the approved exception amount. This will result in a restatement of the Sales performance for the month the exception was credited, and commissions being adjusted accordingly.

## 3.2   Year-to-Date (YTD) Annual CPE Sales Component

### 3.2.1   Annual Revenue Value

Products compensated under the CPE Sales Component are commissioned based on the Annual Revenue Value (ARV) derived from the average annual contract value (AACV) associated with each new sale. The AACV is calculated based on the Total Contract Value (TCV) divided by the number of years in the contract. The TCV is determined based on the sum of all recurring and non-recurring charges associated with the contract, less discounts. For contracts with terms less than 1 year, the ARV is based on the TCV.

Plan Participants are eligible to receive compensation for CPE Maintenance contracts only if the contract is a new contract. Renewals of existing contracts that occur either during the current contract or after the original contract has expired are not commission-eligible under the YTD Annual CPE Sales component.

For Time and Material sales, the ARV is based on the actual invoiced amount.

### 3.2.2   Calculating Sales Commissions

CPE Sales-based commissions are calculated only on commission-eligible sales reported in SPA net of any cancels.  Unless otherwise specified in an approved Teaming Program, CPE Sales-based commissions are calculated only for Global Sales and Service commission-eligible products for your sales channel and assigned to you in accordance with your signed compensation plan.

### 3.2.3   Commission-Eligible Sales

Commission-eligible sales are defined as the sum of the ARV associated with all qualified sales net of the ARV associated with all disqualified sales and adjustments.  Commission-eligible sales reported in SPA serve as the basis for calculating commissions.  SPA receives order information from numerous systems, including but not limited to:  OEO, CTP and other manual feeds.  In addition to using SPA, Commission Operations reserves the right to utilize other Verizon systems to verify the status of qualified sales.

### 3.2.4   Qualified Sales

For purposes of this Plan, qualified sales are defined as new sales and add-ons to existing services for which new TINs are established within OEO and for which valid O-E Account Identifiers (account numbers) are provided.  For sales from CTP, SPA generates the new TIN based on the Order ID.

Orders must be assigned the following within SPA in order to qualify as a sale and to receive credit on a sale.  Commissions will be withheld for orders that are missing any of the following items.

- New TIN
- Valid O-E Account Identifier/Account Number
- Credit Approval Date for OEO orders only (Order Create Date used for CTP and Invoice Date used for Time and Material sales)
- Sales Rep OneWorld Number, Agent ID or NASP ID (refer to your compensation plan to determine which ID is required for you)

### 3.2.5   Disqualified Sales

Disqualified sales are defined as orders that have been cancelled.  Disqualified sales are netted against qualified sales in the current month, which is determined by the date the sale is considered to be disqualified.  A cancelled order is a qualified sale that is cancelled before being installed or is still pending installation 180 days after the Credit Approval Date.  In the event a disqualified sale that was pending installation for more than 180 days is subsequently installed, then that order may be commission-eligible for the Sales Month based on when the Install Date is reported in SPA.  With written approval from the Group President, the 180-day Pending Install deadline may be extended up to an additional 180 days.

### 3.2.6   Sales Adjustments

Adjustments to the ARV amounts may occur due to the issuance of a Debit or Credit voucher.  If the Debit or Credit voucher is associated with the TIN on the original order, then the adjustment to the MRV value will apply to the Sales Rep OneWorld Number, Agent ID or NASP ID associated with the original TIN in the month the sale took place.  If the Debit or Credit voucher is associated with a new TIN, then the voucher will impact the Sales Rep OneWorld Number, Agent ID or NASP ID associated with the new TIN.

### 3.2.7  Disqualified Sales Value

For a disqualified or adjusted sale that was originally paid during a month in which the Plan Participant was capped (i.e. 50% switched or conferencing limit); then the amount of ARV which will be netted from the qualified sales in the current month will be based on the ARV associated with the cancelled sale reported in SPA, not to exceed the original sales value.

### 3.2.8  Commission-Eligible Sales Month

The month in which sales credit is applied to quota for commission calculation purposes is based on the Credit Approval Date reported in SPA. All orders with a Credit Approval Date by the close of the calendar month will apply to that month and be assigned a MRV in SPA for that period. Cancels are applied to the commission calculation based on the when the cancel or disconnect is reported in SPA.

**Example:** A qualified sale has a Credit Approval Date of 4/25/06 is applied for quota credit and commission calculation to the April commission statement. A disqualified sale with a Cancel Date of 5/16/06 is reported in SPA 6/1/06. The disconnect is applied to the April commission statement due to the fact that the 6/1/06 SPA report impacts April sales performance.

## 3.3  Year-to-Date (YTD) Revenue Component

### 3.3.1  Calculating Revenue Commissions

Revenue-based commissions are calculated on commission-eligible revenue reported in the Segment Reporting Data Mart (SRDM) system, net of specific credits, discounts, write-offs and adjustments associated with current and prior months. Revenue Plan performance is measured after all adjustments covering the period are processed. As a result, prior months' revenue will be restated and any commissions due to the Plan Participant or owed to Verizon Business will be netted against the current month's commission. All references to revenue in this document refer to commission-eligible revenue.

### 3.3.2  Commission-Eligible Revenue

SRDM and GOLDMINE are the two main systems that report billed revenue.

**GOLDMINE System:** Commission-eligible revenue typically includes billed ILEC, Network Services and CPE Maintenance monthly recurring revenue, credits and billing adjustments. The following is a summary of items that will be excluded from the commission-eligible revenue: late payment charges, taxes, surcharges, Directory Advertising, all other CPE revenue, non-regulated MAC activity and any non-regulated Verizon Business revenue, and non-recurring installation charges.

For Branch Voice Specialists, commission-eligible revenue is defined as total billed revenue for the Conferencing and Voice Products. Total billed revenue typically includes billed ILEC, Network Services and CPE revenue, credits, billing adjustments, and installation charges.

**SRDM System:** Commission-eligible revenue typically includes billed revenue, credits, billing adjustments, equipment charges (including collocation charges), and Coin and Military Communication Center (MCC) revenue (*for Federal and Government/Education only*). The following is a summary of items that will be excluded from commission-eligible revenue: taxes, Access Reform charges (including Federal and State Universal Service Fees - FUSF/SUSF, Carrier Access Charges - CAC), CPE Ship Direct, early termination fees, minimum usage fees, and underutilization fees.

For Branch Conferencing and Voice Specialists, commission-eligible revenue is defined as described above under SRDM System.

### 3.3.3   Revenue Credits

All billing adjustments and Sales Allowance adjustments are posted on a cash basis in the current month.  For selected customers, Special Customer Agreement (SCA) credits can be accrued in the current revenue month and reconciled against the actual posted credits within 90 days of the accrual.  At the time the actual credit amounts are posted in SRDM, the credit will replace the accrual amounts, apply to the appropriate month(s), and performance will be recalculated for all prior periods.

Revenue adjustments for anticipated credits of $100,000 or more can be made with the approval of your Regional Vice President (RVP).   These adjustments are in the form of a revenue amortization, defined as an adjustment to revenue which is used to offset a current or future credit or billing adjustment.  Once the actual credit or billing adjustment is posted in SRDM, the amount of the actual credit or billing adjustment will be reconciled with the revenue amortization.

### 3.3.4   Equipment Sales – SRDM Revenue

Equipment sales, except for sales under the Ship Direct program, must be invoiced directly by Verizon Business in order to be included within BMPR as commission-eligible revenue.  If the equipment charge is associated with a rental, then the monthly commission-eligible rental charge is recognized within BMPR as recurring revenue credit.  Should a customer purchase equipment, utilize MCI Capital Services (MCI CS) or another third party leasing agent, then the commission-eligible equipment charges, invoiced by Verizon Business to the customer or the third party leasing agent, are recognized as non-recurring revenue within BMPR. Revenue is credited to the NASP ID associated with the end user customer of that equipment transaction.  The monthly leasing fees charged by MCI CS or a third party leasing agent are not commission-eligible because these charges are not invoiced directly by Verizon Business.

### 3.3.5   Minimum Usage, Underutilization, and Early Termination Fees

Minimum Usage charges associated with a penalty, Underutilization and Early Termination Fees are commission-eligible if collected with the approval of the Group President.

### 3.3.6   SkyTel Invoiced Services

Qualified new sales and add-on sales of SkyTel invoiced services are commission-eligible if the Rep/Account Team has teamed with a SkyTel Sales Representative.  SkyTel Finance and Sales Management must approve of the joint sale.  Participants will continue to receive revenue credit for any actively billing qualified sales made prior to 2006, as this revenue is part of your 2006 Revenue Plan.

A new sale is defined as SkyTel services that are sold to a named Verizon Business Global Sales and Service customer that does not currently have SkyTel invoiced services.

Add-on services may also be commission-eligible when sold to a named Global Sales and Service (GS&S) customer that does currently have existing SkyTel invoiced Services.  As an example, a GS&S named customer has 100 SkyTel invoiced paging units and is sold an additional 200 SkyTel invoiced paging units.  Revenue credit is applied for the 200 additional paging units.

To receive the appropriate revenue credit, a Verizon Business Sales Information Form (SIF) for SkyTel-invoiced sales must be submitted.  The SIF is located on the Sales Compensation web site at http://salescomp.mcilink.com.  The form should be submitted AFTER a SkyTel sale has been completed.  The form will automatically be sent to SkyTel for review and approval.  After the sale has been approved as a joint sale, then the appropriate revenue credit will be provided to Verizon Business BMPR for compensation purposes.

### 3.3.7  Foreign Currency Exchange Rate (Global, Government, Premier)

The foreign currency exchange rate for services invoiced directly by MCI International and UUnet International (this includes Open Border Coverage Toll Free services) recognized within the BMPR system January 1, 2006 through December 31, 2006 will be based upon a fixed exchange rate. The fixed exchange rate was established by the Verizon Business Treasury Department utilizing composite reporting gathered by Bloomberg.  The fixed exchange rate is the August 2005 Spot Rate.  Refer to the Sales Compensation web site at http://salescom.mcilink.com for a complete list of fixed exchange rates by currency type.

## 3.4   Split Sales and CPE Sales

Commission splits under the Sales and CPE Sales components is available for those Plan Participants compensated based on OneWorld Number, in accordance with the policies described on the SPA web site at http://spa.mcilink.com.  There will be no splits for the YTD Revenue commission component.

## 3.5   Unearned Commissions & Bonus

Commissions are not considered earned and will be recovered (charged back) if paid under this Compensation Plan for the following:

1.  Sales or Revenue generated from non-commission-eligible products and services,
2.  Taxes;
3.  Access Reform charges (FUSF/SUSF & CAC);
4.  Sales to Verizon Entities and Verizon Affiliates, unless specifically permitted by the Participant's Compensation Plan;
5.  Services billed by the International Operating Companies (OpCo) within EMEA, AsiaPac, Canada and LATAM, unless the sale is to a customer that is a named Premier, System Integrator, or approved International Federal customer.  Compensation for services billed by the International OpCos may be available to Corporate East and West based on the 2006 Cross-Border Teaming Program, located on the Sales Compensation web site.
6.  Sales to customers outside your Sales Channel;
7.  Sales by Agents/VARS, unless specified in an approved teaming program;
8.  Service Conversions, pursuant to Section 3.5.1;
9.  Uncollectible customers, pursuant to Section 3.5.2;
10. Revenue/sales generated from fraud/misrepresentation, pursuant to Section 3.5.3;
11. Revenue offset by credits;
12. Carrier-billed sales that are not billed to the end user. Sales to Internet Service Providers, RBOC's, LEC's, BLEC's, CLEC's, CAP's, Cellular/Wireless Carriers, aggregators, Wholesale resellers, resellers, switchless resellers, rebillers, refilers, Internet Hosting/Collocation Companies, IXC's, Domestic portion of PTTs, DSL Providers, calling house accounts (also known as telephone arcade companies), third-party arrangements, service bureaus which contract with other Verizon Business customers to provide telecommunications services;
13. Contractual agreements that are terminated by either Verizon Business or a Verizon Business customer because of non-payment. (If the terms of a contract for which a commission or bonus is paid are not fully satisfied, then any related bonus or commission payments may be charged back.)
14. Products or services intended for temporary installation without written approval from the Group President;
15. Sales of Special Construction.

### 3.5.1   Service Conversion – Sales and CPE Sales Components

A service conversion for Sales-based compensation is defined as a product migration, including but not limited to, migrations from one billing platform to another (i.e. Long Distance Migration), existing standalone CPE that converts to Managed CPE.  A service conversion also occurs when a service or product type remain the same but the account number changes, including customers moving from one location to another location.  Sales resulting from a service conversion are not commission-eligible.  Service conversions should be flagged as such in SPA.

Technology Upgrades are defined as a product (other than those listed below) that converts to one of the following services:  PIP, IP VPN, Internet Dedicated, Internet Dial, or Voice over IP.  A Technology Upgrade is not considered a service conversion and will be treated as a new sale. Conversions from legacy ESG provisioned IP VPN to Verizon Business IP VPN are included in this policy and, as such, will be treated as new sales.

### 3.5.2   Uncollectible Customer

When a customer becomes uncollectible, Verizon Business reserves the right to reverse sales quota retirement and revenue plan attainment from the Plan Participant's results and recover (chargeback) any previously advanced commissions and/or bonuses, which will offset against future commission and/or bonus payments.

Verizon Business may withhold commissions and/or bonuses for customers that Credit and Collections has classified as a credit risk.  Commissions and/or bonuses for such customers may be withheld until the customer has paid all outstanding charges.

In the event a customer files for bankruptcy protection and Verizon Business fails to collect all revenue based on which an individual has been advanced commissions and/or bonuses, then the individual may be charged back in full for any and all commissions and/or bonuses previously paid for the customer.

### 3.5.3   Misrepresentation and Fraud

For purposes of the Compensation Plan, misrepresentation means a representation made by an employee to a customer or to Verizon Business, either intentionally or unintentionally, that differs from or is contrary to the provisions of an individual's Compensation Plan and/or to the products, services, rates, amounts, or other terms actually provided by or billed by Verizon Business. Misrepresentation also means a representation made by *any* employee to Verizon Business, either intentionally or unintentionally, which has the result of increasing commissions and/or bonuses for you or otherwise benefiting you.  Fraud, including but not limited to, PBX fraud, credit card fraud, and misrepresentation by an employee to Verizon Business will be verified through investigations conducted by the fraud groups and the Credit and Collections department.

Commissions and/or bonuses calculated based on misrepresentation and/or fraud are not considered earned payments and will be withheld, or recovered if already paid, regardless of whether the customer disputes any or all of the associated charges.  Commission and/or bonus payments may also be delayed if an account is being reviewed for possible misrepresentation or fraud.  Misrepresentation for compensation purposes may lead to disciplinary action up to and including immediate dismissal.   Such misrepresentation is not excused or justified by management approval.  Please refer to the Verizon Business Code of Conduct for further clarifications of this rule.

### 3.5.4   Chargebacks

A chargeback is defined as a recovery of advanced and/or unearned sales compensation payments.  A chargeback is an indebtedness of the employee to Verizon Business.  This indebtedness will be deducted from any pending or future sales compensation payments until the full amount of the chargeback has been recovered.  Until the chargeback has been recovered in

full, no further sales compensation payouts will be made without approval from the Commission Review Board (refer to Section 5.14.2).

If a Plan Participant transfers to a salaried or otherwise non-commission-eligible position within Verizon Business, any remaining chargeback balance will be offset against the Participant's gross monthly compensation to the full extent allowed by law.

If a Plan Participant terminates, whether voluntarily or involuntarily, s/he is still responsible for any pending chargebacks owed to Verizon Business.  Any chargeback balance not recovered by the date of termination will be offset against any outstanding sales compensation payment, the final paycheck, any vacation pay due, and any severance pay to which you may be entitled.  To the extent there remains an outstanding chargeback balance after the final offset, Verizon Business will pursue recovery of any and all chargebacks to the fullest extent allowed by law.

Any chargebacks that occurred as a result of fraud, misrepresentation, or inappropriate/unethical business conduct must be immediately repaid to Verizon Business.  Please refer to the Verizon Business Code of Conduct for further clarification of these rules.

A Plan Participant may at any time make a repayment to Verizon Business for reimbursement of the chargeback.  The amount owed when a cash payment is made would be the net amount (after taxes and deductions).  This arrangement should be coordinated with Sales Management and Commissions Operations.

# 4   REVENUE AND SALES OBJECTIVES

## 4.1   Overview

### 4.1.1   Establishing Revenue and Sales Objectives

The business plan approved by the Verizon Business President-Elect is the plan of record which serves as the basis for variable compensation for commission-eligible employees. The RVP will assign revenue and sales objectives for the plan year to each customer or Plan Participant. Factors to be considered in the objective setting process may include, but are not limited to, the following:

- Introduction of new products and services
- Business potential in each account/territory
- Local and national economic trends
- Current Business Plan, including competitive analysis
- Account plan
- Impact of planned sales promotion and advertising
- Historical data
- Unplanned sales opportunities
- Participant eligibility dates

### 4.1.2   Adjustments to Revenue and Sales Objectives

If the RVP objective is increased or decreased during the year, the increase or decrease may be distributed to Plan Participants. Any adjustments to revenue and sales objectives for Sales Directors (and below) must be reviewed by the RVP and approved in writing by the Group President. Verizon Business reserves the right to make changes (up or down) to individual objectives due to changes in competition or any other factors or circumstances.

## 4.2   Sales Objectives

### 4.2.1   Assignment Level

Sales Objectives (also referred to as Sales Quotas) are established on a quarterly basis for the Sales component and on an annual basis for the CPE Sales component. The manner in which sales quota is assigned to you is determined based on the assignment level indicated in your 2006 Compensation Plan. There are 4 levels of assignment:

- Rep Level - An individual quarterly or annual objective for a sales representative.
- Module Level - A quarterly or annual objective for one customer or a defined group of customers. Each customer within a module has a specific quarterly or annual sales quota, and the sum of the quarterly or annual quotas is equal to the Module quarterly or annual quota. Modules are identified by a Universal Position Code (UPC).
- Branch or Region Level – A quarterly or annual objective for the group of customers assigned to the Branch (Sales Director) or Region (RVP). Each customer in the Branch or Region will have a specific quarterly/annual sales quota, and the sum of those sales quotas is equal to the Branch or Region quota.
- Sales Channel Level – A quarterly or annual objective for all customers associated with the Sales Channel (Group President).

### 4.2.2   Minimum Sales Quota Assignment

Plan Participants must be assigned a minimum Sales Quota for both the Sales and CPE Sales commission components in order to be eligible to earn commissions under the Sales and CPE Sales components. The minimum Sales Quotas for 2006 will be available once the Sales and CPE quotas have been distributed to all Sales Channels. Plan Participants assigned a pro-rated quota for the CPE Sales component must also meet the minimum quota thresholds on a prorated basis.

### 4.2.3   Plan Participant Transfers and Impact on Sales Quotas

Participants who enter or leave the plan during the middle of the quarter are responsible for the full quarterly quota associated with the QTD Sales Component.

The impacts to assigned annual Sales Quota associated with the YTD Annual CPE Sales Component due to the Plan Participant's transitions are as follows:

- Participants who enter the Compensation Plan after 1/1/06 or leave the Compensation Plan before 12/16/06 may receive a prorated annual Sales Quota based on the number of months the individual was in the position;
- Individuals who transfer from one commission-eligible position to another during the Plan year may receive a prorated annual Sales Quota based on the individual's eligible time in each position.

### 4.2.4   Module-Level Assignment Changes and Impact on Sales Quotas

When existing Modules are assigned to you, the assignment becomes your responsibility effective with the first full month of the assignment change effective date. Once the Module is assigned to you, you are responsible for any positive or negative sales impact of such events as disconnects, cancels or install delays, regardless of the reason for the impact and regardless of whether any commissions were received for the assignment.

When Modules are transitioned from one individual to another, the responsibility for all subsequent sales from those customers is immediately assumed by the new individual. The originally assigned Plan Participant retains the Actual Sales for his/her assignment period, and the existing Quarterly Sales Quota. The existing Annual Sales Quota is prorated for his/her assignment period. The newly assigned Plan Participant receives Actual Sales on a prospective basis, and the existing Quarterly Sales Quota. The Annual Sales Quota is prorated for the period of time remaining in the Plan year.

## 4.3   Revenue Objectives

### 4.3.1   Assignment Level

Revenue Objectives (also referred to as Revenue Plans) are established on an annual basis and distributed over 12 months in order to calculate Year-to-Date (YTD) performance on a monthly basis. The manner in which your revenue plan is assigned to you is determined based on the assignment level indicated in your 2006 Compensation Plan. There are three levels of assignment:

- Module Level – An annual objective for one customer or a defined group of customers for the 2006 Compensation Plan year. Each customer in the Module has a specific annual revenue plan, and the sum of those revenue plans is equal to the Module revenue plan. Modules are identified by a Universal Position Code (UPC).
- Branch or Region Level - An annual objective for the group of customers assigned to the Branch (Sales Director) or Region (RVP) for the 2006 Compensation Plan year. Each customer in the Branch or Region has a specific annual revenue plan, and the sum of those revenue plans is equal to the Branch or Region revenue plan.

- Sales Channel Level – An annual objective for all customers assigned to the Sales Channel (Group President) for the 2006 Compensation Plan year.

### 4.3.2   Minimum Revenue Plan Assignment

Plan Participants must be assigned a minimum average monthly revenue plan of $75,000 in order to be eligible to earn commissions under the Revenue component.

Plan Participants designated as Branch Voice or Conferencing Specialists must be assigned a minimum average monthly revenue plan of $50,000 in order to be eligible to earn commissions under the Revenue component.

### 4.3.3   Adjustments to Revenue Plans

Adjustments may be processed for special situations as described below:

- Mergers/Acquisitions – Accounts will be consolidated under the acquiring customer whenever a Merger or Acquisition occurs.  The consolidation includes:  migrating actual revenue from the original customer to the acquiring customer and recreating the revenue plan (including baseline and growth target consolidation) for the acquiring customer.  Individuals assigned to the original customer will be unassigned during the month the consolidation occurs.  Individuals assigned to the acquiring customer will be responsible for the new revenue and revenue plan on a prospective basis during the month the consolidation occurs.
- Divestitures may be reviewed on an Individual Case Basis via the Dispute Resolution Process
- Bankruptcies may be reviewed on an Individual Case Basis via the Dispute Resolution Process

### 4.3.4   Plan Participant Transfers and Impact on Revenue Plans

Your revenue performance will be measured against the specific revenue plan associated with your assigned Module(s), Branch or Region.  You are responsible for the monthly revenue plans of each customer associated with the Module, Branch or Region during the months in which you are assigned to the customer.  Performance vs. plan may be impacted, positively or negatively, by events that have occurred prior to your assignment to the customer.

Individuals hired after the beginning of the 2006 Compensation Plan year will be assigned the same monthly revenue plan as others assigned to the same Module, Branch or Region.  The first monthly revenue plan begins with the first full month the newly hired individual is eligible to receive revenue credit in his/her position.

Individuals who transfer from one position to another after the beginning of the 2006 Compensation Plan year will be assigned the same monthly revenue plan as others assigned to the same Module, Branch, or Region.  The first monthly revenue plan begins with the first full month the newly hired or transferred individual is eligible to receive revenue credit in his/her position.

Individuals who terminate or leave the Plan during the 2006 Compensation Plan year will receive final commission payments based on the monthly revenue plans for all assigned Modules, Branches or Regions during the assignment period or the period on Plan.

Because the Compensation Plan is based on YTD performance, final earnings cannot be determined until year-end or until the end of your assignment period if you are reassigned or terminated during the year.

### 4.3.5   Customer Assignment Changes and Impact on Revenue Plans

When existing customers are assigned to your assigned Module, the assignment becomes your responsibility effective with the first full month of the assignment change effective date.   Once the customer is assigned to your Module, you are responsible for any positive or negative revenue impact of such events as disconnects, outages, credits, bad debt, billing errors, or seasonal usage, regardless of the reason for the impact and regardless of whether any commissions were received for the assignment.

When customers are transitioned from one Module, Branch or Region to another Module, Branch or Region, all subsequent revenue from those customers rolls to the new Module, Branch or Region effective with the first full month of the assignment change effective date.   The existing YTD Revenue Plan and Actual Revenue for the original Module, Branch or Region are retained.

Individuals with Module, Branch or Region assignment changes after the beginning of the 2006 Compensation Plan year will be assigned the same monthly revenue plan as others assigned to the same Module, Branch or Region.   The first monthly revenue plan begins with the first full month of the assignment change effective date.

# 5  POLICIES AND PROCEDURES

## 5.1  Commission-eligible Products & Services

Plan Participants may receive compensation only for those products designated as commission-eligible. Commission-eligible products for the Sales and CPE Sales commission components are listed in the Product Mapping Table located under Tools on the SPA web site at *http://spa.mcilink.com*.  Commission-eligible and non-commission-eligible products for the Revenue commission component are listed in the 2006 Product Table located under Reference Information on the Business Markets Reporting & Operations web site at http://bmpr.mcilink.com/.  The following product code documents can be found on the Sales Compensation web site at http://salescomp.mcilink.com:

- 2006 Sales and CPE Sales Product Code Exclusions
- 2006 50% Quota Limit Product Codes
- 2006 Technology Upgrade Product Codes
- 2006 ECR, RAS, Web Center and Managed Messaging Product Codes
- 2006 Conferencing and Voice Branch Specialist Revenue Product Codes
- 2006 Collaboration Services Revenue Product Codes
- 2006 Federal/System Integrators Strategic Services Revenue Product Codes

## 5.2  Customer Definition

A customer is defined as any account or group of accounts associated by the same name or billing address, same contact name or linked corporate IDs or same payer.  This encompasses all separate physical locations of this entity and includes any individual signor of a Letter of Agreement or any member of a board or committee with authorization to sign on behalf of a specific customer.  A customer also includes any company, partnership, or other type of business that has a centralized decision-making process for its telecommunications needs, regardless of the number of offices, subsidiaries, or parts of the business that may eventually be served by Verizon Business.  A customer may also be further defined as a school district or government municipality.  For the sales commission component, a customer is identified by the National Account Service Program ID number (NASP ID); for the revenue commission component, a customer is identified by a GU D-U-N-S number.  The GU D-U-N-S number is comprised of Family Tie Codes and NASP IDs (FTNs).

## 5.3  Customer Assignments

**For Plan Participants with module, Branch, Region or Sales Channel level assignments:**  Your commissions and bonuses are calculated only on sales or revenue generated from the customers in your sales channel which are assigned to you in the commission system.

Removal or modifications to customer assignments will occur only if a valid business reason exists.  Any removal or modification of customer assignments without a valid business reason and without the proper approval authority that has the effect of increasing commission or otherwise benefiting you will subject you to disciplinary action, including but not limited to termination.  Verizon Business reserves the right to charge back (recover) any commissions and/or bonuses paid as a result of such activity.

## 5.4  Unassigned Customers and Vacant Modules

Sales Directors and Sales Managers are responsible for the sales and revenue performance of customers and/or modules that are unassigned or vacant due to a Plan Participant leaving the position.  For these situations, the customers/modules may remain unassigned for up to 90 days from the Plan Participant's effective date of departure from the position.  After such time, the Sales Director must reassign the customers/modules to newly hired or existing Plan Participants.  The newly assigned individual(s) will assume sales and revenue objective responsibility for the remainder of the 2006 Compensation Plan Year.

## 5.5   Large Transactions

Large Transactions are defined as a sale worth $100M in annual contract value.  The CRB will review and analyze each Large Transaction to determine the total value of the sale to the company and to determine if the sale should be compensated outside the normal Compensation Plan.

## 5.6   200% Performance Review

Each component of the Compensation Plan is subject to a 200% performance review by the Commission Review Board (refer to Section 5.14.2).  The Commission Review Board will review all factors contributing to the Plan Participant's performance and determine whether an adjustment (increase) to the objective is appropriate.  Once a Plan Participant reaches 200% of his/her annual or annualized Sales, CPE or Revenue objective, results for that commission component will be frozen at 200% of annual or annualized Sales, CPE Sales or Revenue performance.  Commissions will not be calculated for that component until the review process is completed and a course of action determined.  The review process for the Revenue Component will not be completed until final year-end performance is calculated.

## 5.7   Commission Statement

You are responsible for ensuring that your monthly commission statement accurately reflects your Sales, CPE and Revenue assignments.  Any inconsistencies should be brought to the attention of your manager and to Commissions Operations immediately in accordance with the Dispute Resolution Process in Section 5.14.

## 5.8   Commission and Bonus Audits

Verizon Business reserves the right to audit any commission and/or bonus calculated under the 2006 Compensation Plan at any time.  This may result in a delay in payment, chargebacks, or non-payment of unearned commission and bonuses.

## 5.9   Transition Payments

If, during the course of the 2006 Compensation Plan year, actual revenue and/or sales performance are unavailable to calculate actual commissions, then a transition payment may be issued until actual performance becomes available.  Once actual performance is available, then all previously paid transition payments will be reconciled against actual calculated commissions.  This action may result in either additional commissions due (true-up) or a chargeback (true-down).  In order for a Plan Participant to be included in the reconciliation, s/he must be eligible to receive compensation under his/her original position during the month the reconciliation is calculated.  In the event actual performance does not become available, then the Plan Participant receives the transition payment with no reconciliation to actual performance.  All requests for transition payments must be approved in writing by the Group President and the HR Director of Sales Compensation.

## 5.10  Benefits and Sales Compensation Treatment

Refer to Human Resources for detailed information regarding the treatment of commission payments with regard to Benefits, Leaves of Absence (e.g. Long Term Disability, Military Leave, Short Term Disability, etc) and Reductions in Force.

## 5.11  Tax Liabilities

Deductions for federal, state and local tax liabilities will be calculated and withheld as appropriate from all sales compensation payments.

## 5.12 Nonexempt Management Employees

This policy applies to all Plan Participants who are considered nonexempt management employees and eligible for overtime pay under federal and/or state wage and hour laws. Refer to Human Resources for more information about nonexempt management overtime, e.g., Authorization to Work Overtime, Compensatory Time Off, Makeup Time, etc.

In general, overtime pay for nonexempt employees is calculated at 1½ times their regular hourly rate for hours worked in excess of 40 in a workweek. (Some states require overtime pay after working a certain number of hours per day.) For nonexempt Plan Participants, an adjusted hourly rate is used to calculate additional overtime pay earned as a result of sales compensation. Such overtime pay on sales compensation is paid monthly, quarterly, etc. to align with the employee's regular sales compensation pay cycle.

## 5.13 Scheduled Pay Dates

Commissions are scheduled to be paid on the following dates. These are anticipated commission payment dates and are subject to change.

| Monthly Payout Schedule | |
| --- | --- |
| 2006 Performance Month | Payment Dates |
| January | March 24, 2006 |
| February | April 21, 2006 |
| March | May 19, 2006 |
| April | June 30, 2006 |
| May | July 28, 2006 |
| June | August 25, 2006 |
| July | September 22, 2006 |
| August | October 20, 2006 |
| September | November 17, 2006 |
| October | December 29, 2006 |
| November | January 26, 2007 |
| December | February 23, 2007 |

| Quarterly Payout Schedule | |
| --- | --- |
| 2006 Quarter | Payment Dates |
| First | May 19, 2006 |
| Second | August 25, 2006 |
| Third | November 17, 2006 |
| Fourth | February 23, 2007 |

## 5.14 Dispute Resolution Process

### 5.14.1 Overview

Disputes and questions regarding commissions can take many forms, including (but not limited to) the following areas:

- Compensation Plan Issue or Interpretation
- Chargebacks
- Sales Credit
- Sales Quota or Revenue Plan
- Customer Assignments
- Credits
- Bridge Payments
- Bonuses

Questions and requests for clarification on all commission issues should first be directed to the employee's immediate manager. If the issue does not get resolved at that level, then the dispute process should be initiated.

### 5.14.2 Commission Review Board

The Commission Review Board (CRB) includes the following individuals:

- Human Resources Director of Sales Compensation
- Group President
- Vice President of Marketing Strategy
- Finance Director of Commissions Operations

The CRB reviews all relevant issues, facts, and implications of various commission disputes. The CRB will review disputes and advise the EVP of Sales of their recommendation for resolution.

### 5.14.3 Dispute Process

1. **Initiation:** The employee must formally advise Commissions Operations of the dispute in writing within 60 days of the disputed payment or expected payment (for example, if payment was expected on the Jan 30th pay period, it would need to be raised to Commissions Operations by March 30th). This memo should detail the issue and all relevant facts, including the potential commissions impact to the employee, when possible. This memo should be sent to the Commissions Operations Point of Contact (Comm Ops POC), with a copy to the Comm Ops POC's immediate manager and the employee's immediate manager.

   The Comm Ops POC must communicate the results of the research performed regarding the issue within 30 days of receipt of the memo. The communication will copy the employee's manager and the Comm Ops POC's manager and include description of the dispute, overview of the research, relevant detail and official position on the resolution.

2. **Level 1 Escalation:** If the employee does not accept the position of the Comm Ops POC, s/he should escalate the issue in writing to his/her Sales Director and Area Business Manager (ABM). The memo should copy the employee's manager and the Comm Ops POC's immediate manager and Group Manager. Upon receipt of the escalation memo, the Sales Director and ABM will be required to review the issue with the RVP and the Commissions Operations team and respond with the results of this review in writing to the employee and all individuals involved in the escalation within 30 days of receipt of the escalation memo.

3. **Commission Review Board:** If the issue is not resolved through the Level 1 Escalation, then the RVP must escalate the issue to the CRB. The review will consist of a 2 to 3 page summary of all relevant issues, facts, and implications of various resolution scenarios. The CRB will review the issue on its merits and advise the EVP of Sales of their recommendation for resolution.

4. **Sales Compensation Executive Council (SCEC):** The council of last appeal is the SCEC. The decision of the SCEC is final and no further consideration will be given to the dispute.

# 6   BUSINESS POLICIES

## 6.1   Equal Opportunity

Verizon Business provides a competitive total rewards program to attract, hire, retain and motivate the most talented individuals, regardless of race, color, religion, age, gender, national origin, sexual orientation, marital status, citizenship status, veteran status, disability, or other classifications protected by applicable federal, state, or local law.

## 6.2   At-Will Notice

Except where specified otherwise by a Collective Bargaining Agreement, employment with Verizon Business is on "at-will" basis, which means that either you or the Verizon Business company that employs you can terminate the employment relationship at any time for any or no reason, with or without notice and with or without cause.

## 6.3   Not a Contract

No statement contained in this Compensation Plan, or in any other Verizon Business Plan, policy or procedure, constitutes a contract of employment, express or implied; nor does any statement in this Compensation Plan constitute a guarantee of employment, continued employment, or any payment or benefits of any kind whatsoever.

## 6.4   Other Agreements

The Compensation Plan, including any amendments thereto, constitutes the entire understanding of Verizon Business with respect to sales compensation payments and cancels and supersedes all other agreements relating to such compensation, except as specified on the Plan Participant's signed "Statement of Acceptance." No other agreements relating to such compensation shall be binding on Verizon Business unless such agreement is in writing and approved by the SCEC.

## 6.5   Disclosure, Ownership and Return of Company Information and Property

The term "Company Information" refers to confidential information and data not generally known outside Verizon Business, concerning Verizon Business's business and technical information including, without limitation, prices, trade secrets, standard and custom contracts, customer lists, financial and marketing data, business plans, and confidential information relating to customers and confidential information received on behalf of Verizon Business from customers and potential customers. Company Information includes, but is not limited to, all information marked Private, Strictly Private, Confidential or bearing any United States Government security classification.

As a consequence of employment by Verizon Business and participation in the Compensation Plan, the Participant may have access to Company Information including, but not limited to, information that he/she has conceived, originated, devised, discovered, invented, or developed, either alone or with others during his or her employment by Verizon Business, any part of which may be valuable to Verizon Business and the release of which will cause Verizon Business immediate and irreparable harm.

The Participant acknowledges that upon termination of employment with Verizon Business, he or she will not take with him or her any Company Information that is written, machine readable, a model or other form capable of physical delivery, without the prior written consent of Verizon Business. The Participant further acknowledges his or her obligation, upon termination of employment with the Company, to immediately return to Verizon Business any other property of Verizon Business within his or her possession or control.

All Company Information is the property of Verizon Business and shall remain so. The Participant acknowledges that, absent the prior written consent of a Verizon Business Director or above, the Participant will not at any time during or after termination of employment with Verizon Business publish, disclose, or communicate to any person, firm, business entity, or corporation, or use any Company Information.

Please refer to the Verizon Business Code of Conduct for further clarification of this policy.

## 6.6   Statement of Acceptance

Please read each section of your Compensation Plan and the Compensation Policies set forth herein very carefully and sign the Statement of Acceptance (SOA) for your Compensation Plan and your Compensation Policies.  Commissions will not be paid until your SOA and signature are on file with Commissions Operations.

Each Plan Participant will indicate his/her acceptance and understanding of compliance to the conditions for participation in a Compensation Plan by signing the SOA.

# 7   APPENDIX A – ELIGIBLE JOB TITLES

The following positions are considered eligible Plan Participants under the 2006 Compensation Program:

| Position | Premier | Corporate | Federal | System Integrators | Gov't & Education | Specialized Services |
|---|---|---|---|---|---|---|
| Sales Management | Regional Sales Vice President | Regional Sales Vice President | Regional Sales Vice President | Regional Sales Vice President | Regional Sales Vice President | Regional Sales Vice President |
| | Sales Director | Sales Director | Sales Director | Sales Director | Sales Director | Sales Director/Client Partner Director |
| | Sales Manager | Sales Manager- | Sales Manager | Sales Manager | Sales Manager | Sales Manager |
| | | | | | Inside Sales Director | |
| | | | | | Center Manager | |
| | | | | | Inside Sales Manager | |
| Sales Representative | Account Manager | Account Manager | Account Manager | Account Manager | Premise Account Manager | Client Partner |
| | | Acquisition Account Executive | | | Inside Sales Representative | Business Solutions Consultant |
| Branch Product Specialist | Voice Specialist | Voice Specialist | Voice Specialist | | Voice Specialist | |
| | Conferencing Specialist | Conferencing Specialist | Conferencing Specialist | | Conferencing Specialist | |
| Sales Engineering Management | Sales Engineering Director | Sales Engineering Director | Sales Engineering Director | Sales Engineering Director | Sales Engineering Director | Sales Engineering Director |
| | Sales Engineering Manager | Sales Engineering Manager | Sales Engineering Manager | Sales Engineering Manager | Sales Engineering Manager | Sales Engineering Manager |
| Sales Engineer | Sales Engineer | Sales Engineer | Sales Engineer | Sales Engineer | Sales Engineer | Sales Engineer |
| Support Management | Service/IC/T PC/BSSIC Mgr | Service/IC/T PC/BSSIC Mgr | Service/IC/T PC/BSSIC Mgr | Service/IC/T PC/BSSIC Mgr | Service/IC/TPC /BSSIC Mgr | Service/IC/TPC /BSSIC Mgr |
| Support Consultants | Service/IC/T PC/BSSIC | Service/IC/T PC/BSSIC | Service/IC/T PC/BSSIC | Service/IC/T PC/BSSIC | Service/IC/TPC /BSSIC | Service/IC/TPC /BSSIC |

## 8   APPENDIX B - GLOSSARY OF TERMS

A

**Advanced Commission**
Any commission payment made in connection with a sale prior to it actually being earned.

**Add-On Sale**
Services added to a customer's existing product portfolio.

**Agent/Value Added Reseller (VAR)**
An Agent or VAR is a member of an indirect sales channel who sells products but does not take ownership of goods.

**Annual Revenue Value (ARV)**
Value of each sale reported in SPA used for compensation purposes under the CPE component.

**Average Annual Contract Value (AACV)**
The Total Contract Value divided by the number of years committed to in a contract.

B

**Base Salary**
Fixed portion of Target Total Compensation; adjusted annually to reflect market.

**Bluebird**
See Large Transaction.

**Bonus**
A bonus is an after-the-fact reward or payment based on the performance of an individual, a group of workers operating as a unit, or an entire work force. Bonus amounts are typically over and above Total Target Compensation.

**Branch**
All customers, objectives, and actual results assigned to a Sales Director.

**Bridge**
A Bridge is a compensation payment made to ensure a minimum commission is paid during a transition into a Compensation Plan Participant position.

**Business Markets Performance Reporting (BMPR)**
A Verizon Business system that reports commission-eligible revenue by customer to Commissions Operations.

C

**Commission**
Compensation paid as a percent share or dollar amount tied to gross dollar sales, product unit sales, or gross profit dollars, for example.

**Commission Component**
Components of a sales compensation plan associated with variable compensation. Commission Components are allocated a portion of the Target Commission based on the sales strategic priorities. Also see Weightings.

**Commission Review Board (CRB)**
A group of representatives from HR, Sales, Marketing and Finance, who review and resolve escalated compensation disputes.

**Commission Statement**
Detailed account of actual activity versus objectives, including payout calculation, customer and/or sales assignments and total commission paid.

**Compensation Plan**
The individual Compensation Plan document combined with the Sales Compensation Policy document and other published policies.

Compensation Plan Document
> Formal documentation of a commission compensation plan, describing how commissions are calculated, given to each Plan Participant as part of the plan communication process.

Cumulative Performance Period
> A type of performance measurement period in which the Plan Participant is measured cumulatively over subsequent performance periods.  For example, if the measurement period was cumulative year-to-date, then January + February performance would be measured against the January + February objectives at the end of February, etc…

Customer
> Any account or group of accounts associated by the same name, billing address, same contact name, linked corporate IDs or same payer.

D

Distributor/Wholesaler
> A selling member of an indirect channel who buys and resells another company's products.

Draw
> See Bridge.

E

Earned Commission
> Commissions are earned when the customer remits payment to Verizon Business for a sale.

Enhanced Call Routing (ECR)
> A network-based Voice Response Unit, routing inbound calls based on a combination of routing options.

Eligibility
> Determination of participation in a sales compensation plan.

EVP of Sales
> Executive Vice President of Sales

F

Family Tie Code
> A customer identifier within B3.

FTN
> Family Tie Code and NASP ID — The combination of Family Tie Code and NASP ID identifying a single customer.

FUSF/SUSF
> Federal and State Universal Service Fees.

G

Group President
> Individual responsible for an entire Sales Channel from an HR, budget, and expense perspective.

H

HR
> Human Resources

L

Large Transaction
> A sales result that was realized outside the normal influencing role of the Plan Participant.  A Large Transaction may be subject to special handling.

Leave of Absence
> Absence normally related to illness, birth of a child, military service, educational or other family circumstances.

M

Module

A defined customer or group of customers, identified by a UPC.

Monthly Recurring Value (MRV)

Value of each sale reported in SPA used for compensation purposes under the Sales component.

N

NASP ID

National Account Service Program ID – Used to identify a customer within SPA and BMPR.

New Hire

An employee hired from outside of Verizon Business or an employee transferring from a non-commission-eligible Verizon Business position to a commission-eligible Verizon Business position.

O

Objective

An allocated portion of a Sales Channel's sales and revenue goal, used to measure a Plan Participant's performance. It may be allocated at an individual or higher measurement level.

Objective Allocation or Objective Setting

Process of allocating a Sales Channel's sales and revenue goals to individual Plan Participants.

O-E

Order-Entry

OEO

OrderPro External Orders – Verizon Business system used to manually enter sales orders.

OneWorld Number

Identification number assigned to all Verizon Business employees by HR.

P

Plan Participant

An individual in an approved HR position eligible to participate in a Compensation Plan

Q

QTD

Quarter-to-Date

Quota

See Objective.

Quarter-to-Date Performance Period

A performance period that measures Plan Participants on cumulative monthly results versus a quarterly objective. For example, January results are measured against the Q1 objective at the end of January; January + February results are measured against the Q1 objective at the end of February, etc...The performance period starts over at the beginning of each quarter. See also Cumulative Performance Period.

R

RAS

Remote Access Services – remote access token cards.

Rebalance

The process of adjusting objectives within a Sales Director's territory on a zero-sum basis.

Region

All customers, objectives, and actual results assigned to a Regional Vice President.

Revenue

Revenue is the money generated by a company from the sales of goods or services.

Revenue Plan
    See Objective.
RVP
    Regional Vice President

S
Sales Channel
    The specific lines of business within Verizon Business – Premier, Corporate, Federal, Systems Integrators, Government & Education, and Specialized Services.
Sales Compensation Executive Council (SCEC)
    A sales compensation approval council comprised of executives from Sales, Marketing Finance, Human Resources, and Legal.
Sales Compensation Payments
    The monetary amounts paid to Plan Participants, which varies in accordance with the accomplishment of sales goals.  For purposes of this document, Sales Compensation Payments refers to all payments made to a Plan Participant in connection with the Sales Compensation Program (i.e. commissions, bridge, bonuses, etc...).
Sales Compensation Policies
    Formal documentation of the policies and administration of the Compensation Plan Document, which is given to each Plan Participant as part of the plan communication process.
Sales Credit Split or Split Sale
    When two or more sales people receive credit for a successful sale.
Sales Planning and Analysis (SPA)
    A Verizon Business system that reports commission-eligible sales activity by OneWorld Number and customer to Commissions Operations.
SCA
    Special Customer Agreement
SIF
    Sales Information Form
Strategic Initiative Bonus (SIB)
    See Bonus

T
Target Commission
    The annual commission amount that Plan Participants receive should they achieve 100% of their performance objectives.
Termination
    An individual who terminates (voluntarily or involuntarily) employment  with Verizon Business.
TIN
    Transaction Identification Number
Transferred Employee
    A Plan Participant who transfers or is promoted from on Compensation Plan to another or from one Job Title to another.
Transition Payment
    A commission payment issued when actual sales and/or revenue performance is unavailable.  Transition payments are reconciled (up or down) with actual performance once available, provided the Plan Participant remains in the current position when the reconciliation is calculated.
Total Contract Value (TCV)
    The sum of all recurring and non-recurring charges associated with a contract, less discounts.
Total Target Compensation (TTC)
    The total compensation (including base salary and variable pay) at expected levels of performance for all performance measures.  Also known as TTC.

**U**

Universal Position Code (UPC)
> A code used to identify a Module.

**W**

Web Center Services (WCS)
> A network-based multimedia Automatic Call Distributor (ACD) offering.

Windfall
> See Large Transactions.

Weightings
> A portion of the job's Target Commission allocation to a Commission Component based on its priority in support of the job's objectives.  Expressed as a percent with Weightings of all Commission Components summing up to 100%.

**Y**

Year-to-Date Annual Performance Period
> A performance period that measures Plan Participants on cumulative monthly results versus an annual objective .  For example, January results are measured against the Annual objective at the end of January; January + February results are measured against the Annual objective at the end of February, etc...See also Cumulative Performance Period.

Year-to-Date Performance Period
> A performance period that measures Plan Participants on cumulative monthly results versus a cumulative monthly objective.  For example, January results are measured against the January objective at the end of January; January + February results are measured against the January + February objectives at the end of February, etc...See also Cumulative Performance Period.

YTD
> Year-to-Date

## Gene Hollander

| | |
|---|---|
| **From:** | Guy R. Martino [guymartino@earthlink.net] |
| **Sent:** | Monday, October 09, 2006 5:56 PM |
| **To:** | Deborah Llewellyn |
| **Subject:** | Commission Shortfall |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Deborah,

As previously agreed, there are four open issues that I have identified and that I wish to resolve with Verizon Business.

1. Discrepancies, errors and omissions contained in the 2006 commission payment calculations provided by Katie Sorrell, which have resulted in a significant shortfall in commission payments made to me.
2. Commission adjustments that were requested and never resolved from November and December of 2005. I was not credited for sales revenue that was missing in November and December, which I reported in December and January, as required.
3. July Commissions.
4. My severance package.

This e-mail will address item #1, discrepancies, errors and omissions contained in the 2006 commission payment calculations provided by Katie Sorrell, which have resulted in a significant shortfall in commission payments made to me. Item #2, Item #3 and Item #4 will be addressed in separate communications specific to each item. I believe that separating the issues will allow us to move forward on each item in parallel and limit or eliminate any confusion.

The discrepancies, errors and omissions contained in the 2006 commission payment calculations include, but are not limited to:
1. The incorrect application of the payment formula, which is described in the sales compensation plan that governs commission payments and the process used to determine the payment calculation.
2. Missing sales revenue in January, March and May. As an example, I was charged sales quota in January, but did not receive any sales credits for my January sales.
3. My assignment list is incomplete and the start and stop dates in my account assignments are in error.
4. The use of the wrong payment factor in calculating my commission, based upon my employment grade, which is clearly listed on the worksheets provided by Katie.
5. The month-end SPA reports, which accurately reflect my sales revenue contributions throughout the year, correctly credit me with many more sales dollars than the two reports provided after the fact for March and May.

In order to substantiate my assertions, I have prepared and attached three Excel spreadsheets:

1. **Non-CPE Sales Calculations**. This workbook contains two tabs, "Verizon Worksheet

12/7/2006

Numbers" and "SPA Report Numbers" and is used to demonstrate the commission calculation process for Non-CPE sales revenue.

The first tab is a calculation of commission payments that would be due me using exactly the sales revenue numbers provided by Verizon and that were used by Katie Sorrell to calculate the commission payments that were made to me. This workbook follows the instructions and examples provided in the 2006 sales compensation plan, which governs commission payment calculations. You will note that using the sales revenue dollars that Katie used, which I took directly from the statements she provided (these are also attached and were sent to you earlier), I was paid $72,976.07 less than I should have been paid. This shortfall does not take into consideration the missing sales revenue. It does illustrate, however, that mistakes were made in calculating the commission payments that were due me.

The second tab, "SPA Report Numbers" is the same calculation process as described above, but amended to include the missing sales revenue for the months of January, March and May. These missing dollars are taken directly from the SPA reports that I pulled weekly from January through July 14th. A summary of those reports is also attached and labeled, "**January_March_May Spa Data**". These calculations show a commission payment shortfall of $176,142.65.

2. **CPE Sales Calculations**. This workbook is used to demonstrate the commission calculation process for CPE sales revenue.  It is a single-tabbed workbook. The calculations contained in it are based upon the numbers pulled from SPA, which are also attached, and shows a shortfall of payments in the amount of $39,415.61. This shortfall results from errors made in the the calculation process, missing sales revenue and the use of the wrong payment factor.

3. **January_March_May Spa Data.** This workbook is a summary of the SPA reports for January, March and May and also lists the sales team members to which I was assigned.

Deborah, please call or e-mail me if you have any questions.

Thank you,

Guy
*Guy R. Martino*
guymartino@earthlink.net

630-231-5544 voice
630-231-5545 fax

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive on behalf of the intended recipient). please contact the sender and delete all copies of the message. Thank you.

12/7/2006



THE LAW OFFICES OF

# EUGENE K. HOLLANDER

EUGENE K. HOLLANDER
- PAUL W. RYAN
- ERIN E. BUCK

December 18, 2006

**By Federal Express**
Ms. Deborah Llewellyn
Verizon Business Human Resources
6363 N.W. 6th Way
Suite 200
Fort Lauderdale, Florida 33309

**RE:**     **Termination of Guy Martino and Outstanding Commission Sums**

Dear Ms. Llewellyn,

Please be advised that we are the attorneys representing Guy Martino concerning his termination from Verizon Business ("Verizon") and all claims that he has against Verizon, including, but not limited to, wage claims.

As you know, on February 5, 2005, Mr. Martino was hired by MCI as a Senior Business Consultant. On January 6, 2006, MCI and Verizon merged, and Mr. Martino's duties remained virtually unchanged. Essentially, my client "tagged" to the Global Account Managers ("GAMs") in his assigned region, and in turn, the GAMs brought Mr. Martino into their assigned accounts to sell specialized services, which were Enterprise Hosting and Data Center Services. On January 5, 2006, Mr. Martino underwent open-heart surgery, and remained off of work on short-term disability. On February 1, 2006, my client returned to work.

Throughout his employment with Verizon, Mr. Martino consistently exceeded the company's expectations. In 2005, he achieved 180% of his assigned sales quota. Because of his outstanding performance, my client finished first in his division in the Legends Club and his achievement was recognized with a trip to Bermuda. Mr. Martino also won the Fast Start contest in early 2006, and according to Charrisse Butler, my client was the highest achiever in the company. At the time of his termination, Mr. Martino was over 871% of quota, year to date. Additionally, my client was at 321% of his year to date CPE quota.

E-mail: EHollander@ekhlaw.com
PRyan@ekhlaw.com
EBuck@ekhlaw.com
www.ekhlaw.com

33 NORTH DEARBORN • SUITE 2300
CHICAGO, ILLINOIS 60602

PHONE (312) 425-9100
FAX (312) 899-8003



Page 2
Ms. Deborah Llewellyn
December 18, 2006

Mr. Martino was inexplicably terminated on July 13, 2006 in a supposed reduction-in-force, ("RIF"). At the time of his termination, my client was 56 years old, and ten years older than his superior, Robert Gross. Additionally, and more compelling is that at the time of his termination, there were 40 Senior Business Consultants who were similarly situated to my client . Several of those individuals reported to Mr. Gross. Nate Fox who was in his 30's, had only achieved 16% of his quota in calendar year 2006 at the time of the RIF. Ray Jaeger, who was 40, was below 50% of his quota during the first six months of 2006. Greg Smidt also fell short of his quota. In reality, however, there was no RIF. Subsequent to my client's unlawful termination, Mr. Martino was replaced by Doug Dill, who is in his mid to late 30's, and there is still an open head count in the Chicago office.

We believe that Verizon's termination of Mr. Martino violated the Age Discrimination in Employment Act, 29 U.S.C. § 621, et. seq., ("the ADEA"). We also believe that Verizon's failure to timely pay Mr. Martino his commissions subjects Verizon to liability pursuant to the Illinois Wage Payment and Collection Act, 825 ILCS 115/1 et. seq. ("IWPCA"), as well as for breach of contract. Based upon the figures that Verizon has provided my client, there are currently outstanding commissions of $72,976.07 for non-CPE sales. According to my client's calculations, which he took directly from SPA reports, Mr. Martino was underpaid $176,142.65 for these same sales. For CPE sales, my client was short-paid the sum of $33,302.46. As you know, Mr. Martino sent you an e-mail dated October 9, 2006, detailing the commission sums that were due and owing along with supporting Excel spreadsheets. Verizon, however, never responded to this e-mail or paid my client the sums that were outstanding.

In the event that Mr. Martino cannot amicably resolve his claims against Verizon, he will be required to file a charge of discrimination with the EEOC, alleging a claim of age discrimination. Upon a finding of cause by the EEOC, Mr. Martino will file a lawsuit in the United States District Court and assert his claim. Upon a successful jury verdict, which is highly likely, Mr. Martino will be able to recover his accrued backpay, front pay, in addition to his reasonable attorneys' fees and costs. We further believe that a jury would award Mr. Martino liquidated damages. Needless to say, these sums will be quite substantial.

Mr. Martino, however, is not litigious, and is desirous of amicably resolving his disputes now, without the need for costly litigation. In 2005, Mr. Martino grossed $140,000 in earnings. In 2006, exclusive of his commissions, my client earned $145,094 through July 13, the last day worked.

Upon the following terms, I would recommend that Mr. Martino execute a mutual and general release in favor of Verizon of all claims:



Page 3
Ms. Deborah Llewellyn
December 18, 2006

- Payment of one year's targeted income of $145,000;
- Payment of twelve (12) months of COBRA payments;
- Payment of all outstanding commissions, or $209,445.11;
- Payment of commissions not properly credited to Mr. Martino, which value is to be determined;
- Payment of commissions for which Mr. Martino was the procuring cause for sales in July and August
- Furnishing Mr. Martino a positive letter of reference;
- Mutual non-disparagement agreement.

At a minimum, however, demand is hereby made upon you to pay Mr. Martino outstanding commissions calculated on the sales figures provided by Verizon in the sum of $106,278.53 within three (3) business days or we will be forced to file suit. Pursuant to the IWPCA, my client will be entitled to reasonable attorney's fees for having to sue to recover those wages. *See* 705 ILCS 225/0.01 *et. seq.*

Kindly advise upon ten (10) days receipt of this letter whether the above terms are acceptable. If we do not hear from you within that time frame, Mr. Martino will file a charge of discrimination and proceed accordingly.

I look forward to your response.

Sincerely,

Eugene K. Hollander

Cc:    Mr. Guy R. Martino
       Ms. Fran B. Snyder

PULL AND RETAIN THIS COPY BEFORE AFFIXING TO THE PACKAGE. NO POUCH NEEDED.

Case 1:08-cv-04811   Document 1-3   Filed 08/22/2008   Page 65 of 67

**FedEx Express**

USAirbill

FedEx Tracking Number: **8569 0177 6385**

Form 0D No.: **0215**

**1 From** Please print and press hard.

Date: 12-19-06

Sender's FedEx Account Number

Sender's Name: 2100-1719-4

Phone: (312) 425-9100

Company: HOLLANDER, EUGENE, LAW OFC OF

Address: 33 N DEARBORN ST STE 2300

City: CHICAGO   State: IL   ZIP: 60602-3856

**2 Your Internal Billing Reference**
First 24 characters will appear on invoice.

MARTINO V. VERIZON

**3 To**

Recipient's Name: MS. DEBORAH LLEWELLYN

Phone: 954 377-5770

Company: VERIZON BUSINESS HUMAN RESOURCES

Recipient's Address: 6363 N.W. 6TH WAY

Address: SUITE 200

City: FT. LAUDERDALE   State: FL   ZIP: 33309

0335911693



**Find drop-off locations at fedex.com**
Simplify your shipping. Manage your account. Access all the tools you need.

**4a Express Package Service**  *Packages up to 150 lbs.*

☐ FedEx Priority Overnight
Next business morning.

☐ FedEx First Overnight
Earliest next business morning delivery to select locations.  *To most locations.*

☑ FedEx Standard Overnight
Next business afternoon.
Saturday Delivery NOT available.

☐ FedEx 2Day
Second business day.
unless SATURDAY Delivery is selected.

☐ FedEx Express Saver
Third business day.
Saturday Delivery NOT available.

**4b Express Freight Service**  *Packages over 150 lbs.*

☐ FedEx 2Day Freight
Second business day.
unless SATURDAY Delivery is selected.

☐ FedEx 3Day Freight
Third business day.  *To most locations.*
Saturday Delivery NOT available.

*Call for Confirmation.*  **To select locations.**

**5 Packaging**  *Declared value limit $500.*

☐ FedEx Envelope*   ☐ FedEx Pak*   ☐ FedEx Box   ☐ FedEx Tube   ☐ Other

**6 Special Handling**  Include FedEx address in Section 3.

☐ SATURDAY Delivery
NOT Available for FedEx Standard Overnight, FedEx 2Day Freight.

☐ HOLD Weekday
at FedEx Location
NOT Available for FedEx First Overnight.

☐ HOLD Saturday
at FedEx Location
Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**Does this shipment contain dangerous goods?**
One box must be checked.

☐ No   ☐ Yes As per attached Shipper's Declaration.   ☐ Yes Shipper's Declaration not required.   ☐ Dry Ice Dry Ice, 9, UN 1845 ___ kg   ☐ Cargo Aircraft Only

Dangerous goods (including dry ice) cannot be shipped in FedEx packaging.

**7 Payment** *Bill to:*

☑ Sender Acct No. in Section 1 will be billed.   ☐ Recipient   ☐ Third Party   ☐ Credit Card   ☐ Cash/Check

FedEx Acct No.
Credit Card No.

Enter FedEx Acct. No. or Credit Card No. below.

**Total Packages**   **Total Weight**   **Total Declared Value†**
1   _____   $ _____ .00

† Our liability is limited to $100 unless you declare a higher value. See back for details.

**8 NEW Residential Delivery Signature Options** *If you require a signature, check Direct or Indirect.*

☐ No Signature Required Package may be left without obtaining a signature for delivery.

☐ Direct Signature Someone at recipient's address may sign for delivery. Fee applies.

☐ Indirect Signature If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only. Fee applies.

FedEx Use Only

Rev. Date 11/04•Part #158279•©1994–2005 FedEx•PRINTED IN U.S.A.•SHG

519

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | CCG N001-10M-1-07-05 (          ) |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, _____ LAW _____ DIVISION

(Name all parties)

GUY R. MARTINO

v.

MCI COMMUNICATIONS SERVICES, INC., a Del. corp.

}

No. _____

2008L006079
CALENDAR/ROOM 2
TIME 00:00
Breach of Contract

### SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ **Richard J. Daley Center, 50 W. Washington, Room** 801 _____, **Chicago, Illinois 60602**

| ☐ **District 2 - Skokie** | ☐ **District 3 - Rolling Meadows** | ☐ **District 4 - Maywood** |
|---|---|---|
| 5600 Old Orchard Rd. | 2121 Euclid | 1500 Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |
| ☐ **District 5 - Bridgeview** | ☐ **District 6 - Markham** | ☐ **Child Support** |
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. | 28 North Clark St., Room 200 |
| Bridgeview, IL 60455 | Markham, IL 60426 | Chicago, Illinois 60602 |

**You must file within 30 days after service of this Summons, not counting the day of service.**
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 18264

Name: Eugene K. Hollander

Atty. for: Plaintiff

Address: 33 N. Dearborn St., Suite 2300

City/State/Zip: Chicago, IL 60602

Telephone: 312-425-9100

Service by Facsimile Transmission will be accepted at: _____

WITNESS, _____ JUN 0 4 2008

DOROTHY BROWN
CLERK OF CIRCUIT COURT

Clerk of Court

Date of service: _____
(To be inserted by officer on copy left with defendant or other person)

(Area Code)   (Facsimile Telephone Number)

### DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**SERVICE LIST – GUY R. MARTINO V. MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS SERVICES, a Delaware corporation**

1.    MCI Communications Services, Inc.
      c/o Attorney and Agent
      Mr. Michael J. Gray
      Jones Day
      77 W. Wacker Drive
      Chicago, IL 60601