**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Guy R. Martino v. MCI Communications Services, Inc. d/b/a Verizon Business Services | FILED: AUGUST 22, 2008<br>08CV4811<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE NOLAN<br>BR |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant MCI Communications Services, Inc., d/b/a Verizon Business Services

| | |
|---|---|
| NAME (Type or print) | |
| Jonathan M. Linas | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jonathan M. Linas | |
| FIRM | |
| Jones Day | |
| STREET ADDRESS | |
| 77 West Wacker | |
| CITY/STATE/ZIP | |
| Chicago, IL 60601-1692 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6290055 | 312-782-3939 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I served the foregoing ATTORNEY APPEARANCE FORM by e-mail and U.S. Mail on the following counsel of record for Plaintiff:

Eugene K. Hollander
The Law Offices of Eugene K. Hollander
33 North Dearborn, Suite 2300
Chicago, Illinois 60602
ehollander@ekhlaw.com

/s/ Jonathan M. Linas
*Attorney for Defendant*
*Verizon Business Network Services, Inc.*