IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GUY R. MARTINO,<br><br>            Plaintiff,<br><br>v.<br><br>MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS SERVICES, a Delaware corporation,<br><br>            Defendant. | FILED: AUGUST 22, 2008<br>08CV4811<br>JUDGE ST. EVE<br>MAGISTRATE JUDGE NOLAN          BR<br>Case No. _____<br><br>Judge: _____ |

**DEFENDANT VERIZON BUSINESS NETWORK SERVICES, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Verizon Business Network Services, Inc. ("Verizon Business"), improperly named in Plaintiff's Complaint as MCI Communications Services, Inc. d/b/a Verizon Business Services, furnishes the following corporate disclosures in compliance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.2:

    1.    Verizon Business Network Services, Inc. is the full name of every party the undersigned attorneys represent in this case.

    2.    Verizon Business Network Services, Inc. is a wholly-owned subsidiary of MCI Communications Corporation, which is a wholly-owned subsidiary of Verizon Business Global LLC, which is a wholly-owned subsidiary of Verizon Communications Inc., a publicly-held corporation.

- 2 -

Dated: August 22, 2008     Respectfully submitted,

/s/ Jonathan M. Linas
Michael J. Gray (IL No. 06210880)
Jonathan M. Linas (IL No. 6290055)
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
mjgray@jonesday.com
jlinas@jonesday.com

Attorneys for Defendant Verizon Business Network Services, Inc.

### CERTIFICATE OF SERVICE

I caused a true and correct copy of the foregoing DEFENDANT VERIZON BUSINESS NETWORK SERVICES, INC.'S CORPORATE DISCLOSURE STATEMENT to be served on the following counsel of record for Plaintiff by e-mail and U.S. mail on this 22nd day of August, 2008:

Eugene K. Hollander
The Law Offices of Eugene K. Hollander
33 North Dearborn, Suite 2300
Chicago, Illinois 60602
ehollander@ekhlaw.com

/s/ Jonathan M. Linas
Attorney for Defendant
Verizon Business Network Services, Inc.

- 2 -

CHI-1664717v1