**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

In the Matter of                                    Case Number:      08-CV-4811

Guy R. Martino v. MCI Communications Services, Inc. d/b/a
Verizon Business Services


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Verizon Business Network Services, Inc.

| |
|---|
| NAME (Type of Print)<br>Michael J. Gray |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>/s/ Michael J. Gray |
| FIRM<br>Jones Day |
| STREET ADDRESS<br>77 W. Wacker Drive, Suite 3500 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE  NUMBER |
|---|---|
| 6210880 | 312-782-3939 |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N"): Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N"): Y |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N"): Y |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N"): Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.<br>RETAINED COUNSEL                              APPOINTED COUNSEL |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 29, 2008, I served the foregoing ATTORNEY APPEARANCE FORM by e-mail and U.S. Mail on the following counsel of record for Plaintiff:

Eugene K. Hollander
The Law Offices of Eugene K. Hollander
33 North Dearborn, Suite 2300
Chicago, Illinois 60602
ehollander@ekhlaw.com

/s/ Jonathan M. Linas
*Attorney for Defendant*
*Verizon Business Network Services, Inc.*